UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

HOWELL                              :
                                                    FILED
v.                                  :  NO. 3:02cv736 (JBA)  MAR 16   2 02 PM '04

NEW HAVEN BOARD OF EDUCATION        :
                                                    U.S DISTRICT COURT
                                                    NEW HAVEN, CONN.

### REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge **JOAN G. MARGOLIS**, for the following purpose(s):

✔ - Settlement Conference:
    *(Orefmisc.cnf)*

- Supervising discovery and resolving discovery disputes:
  *(Orefmisc.dscv)*

- Ruling On:
  *(Orefm.)*

- Referred for hearing:
  *(Orefcs.)*

                    IT IS SO ORDERED.

                    _____
                    Janet Bond Arterton
                    United States District Judge

Dated at New Haven, Connecticut: **March 15, 2004**