UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**D.CLARK HOWELL**
 Plaintiff             CASE NO. 3:02-cv-00736 (JBA)

VS.

**NEW HAVEN BOARD OF EDUCATION**
 Defendant            APRIL 1, 2004

## MOTION FOR CONTINUANCE

Defendant, pursuant to D. Conn. L. Civ. R 7, moves that Jury Selection in this matter be continued as counsel for the defendant is already scheduled for trial in the matter of <u>Clifton Petteway vs. City Of New Haven</u> and New Haven Board Of Fire Commissioners, Case No.: 302cv00779 (MRK) set to begin on June 1, 2004.

Undersigned counsel has conferred via the telephone with counsel for the plaintiff who does not object to this continuance motion.

**ORAL ARGUMENT NOT REQUESTED**

RESPECTFULLY SUBMITTED,
THE DEFENDANT,

/s/_____
Audrey C. Kramer
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street
New Haven, CT 06510
Federal Bar #CT14520
Telephone: (203) 946-7968

## **CERTIFICATION**

This is to certify that on April 1, 2004, a copy of the foregoing Motion for Continuance was mailed, postage prepaid, to the following counsel and pro se parties of record:

John R. Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT  06510

/s/_____
Audrey C. Kramer

J:\CYCOM32\WPDOCS\D031\P002\00001681.DOC