UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*Settled*

Settlement Conference Calendar

Honorable Joan G. Margolis, U. S. Magistrate Judge
141 Church Street
New Haven
Chambers Room 303

April 16, 2004

10:00 A.M.

*Held 10:08 - 10:45 (37 min.)*

PARTIES MUST BE AVAILABLE BY TELEPHONE IF
THEY ARE UNABLE TO ATTEND THE CONFERENCE

CASE NO. 3:02CV736 (JBA)   **Howell v. New Haven Board of Education**

| | |
|---|---|
| ✓ Audrey Claire Kramer<br>Office Of Corporation Counsel<br>City Of New Haven<br>165 Church St.<br>New Haven, CT 06510<br>203-946-7958<br>203-946-7942 (fax)<br>akramer@newhavenct.net | New Haven Board of Education |
| ✓ John R. Williams<br>Williams & Pattis<br>51 Elm St., Ste. 409<br>New Haven, CT 06510<br>203-562-9931<br>203-776-9494 (fax)<br>jrw@johnrwilliams.com | D. Clark Howell |

*Mr. Howell*

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK