UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**D. CLARK HOWELL**
**Plaintiff**

CASE NO. 3:02-cv-00736 (JBA)

VS.

**NEW HAVEN BOARD OF EDUCATION**
**Defendant**

APRIL 1, 2004

## MOTION FOR CONTINUANCE

Defendant, pursuant to D. Conn. L. Civ. R 7, moves that Jury Selection in this matter be continued as counsel for the defendant is already scheduled for trial in the matter of Clifton Petteway vs. City Of New Haven and New Haven Board Of Fire Commissioners, Case No.: 302cv00779 (MRK) set to begin on June 1, 2004.

Undersigned counsel has conferred via the telephone with counsel for the plaintiff who does not object to this continuance motion.

**ORAL ARGUMENT NOT REQUESTED**