**UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT**

**HOWELL**                                    :

**v.**                                         :   **NO. 3:02cv736 (JBA)**

**NEW HAVEN BOARD OF EDUCATION**               :

### AMENDED SCHEDULING ORDER

1. A final pre-trial conference will be held 10/28/04 at 12:00 noon in Chambers Room 118.

2. Jury selection will be held 11/3/04 at 10:00 a.m., Courtroom Two.

3. Trial will commence between 11/22/04 and 12/7/04.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: October    , 2004**