**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**HOWELL**                              :

**v.**                                  :   NO. 3:02cv736 (JBA)

**NEW HAVEN BOARD OF EDUCATION**        :

**FINAL SCHEDULING ORDER**

Pursuant to the colloquy with counsel at the pre-trial conference held 10/28/04, the following is ordered:

1. Jury selection will be held 11/3/04 at 10:00 a.m., Courtroom Two.

2. Trial will commence 11/29/04, 8:30 a.m. to 2:00 p.m. daily to and including 12/7/04.

3. The parties final witness list and exhibit exchange and bench book shall be provided by 11/12/04.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: October 29, 2004**