UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **D.CLARK HOWELL** <br> **Plaintiff** | : <br> : |
| VS. | : <br> : |
| **NEW HAVEN BOARD OF EDUCATION** <br> **Defendant** | : |

CASE NO. 3:02-CV-00736 (JBA)

OCTOBER 26, 2004

### DEFENDANT'S MOTION IN LIMINE
### RE: PLAINTIFF'S INVOLUNTARY TRANSFER
### AS VIOLATION OF CONTRACT

The defendant, New Haven Board of Education, hereby moves the court, *in limine*, to exclude from evidence in the trial of this matter mention of, reference to, or questions by counsel, of the plaintiff's involuntary transfer being a violation of the contract.

Pursuant to the contract, an arbitrator found that the plaintiff's involuntary transfer was not a violation of the contract and pursuant to state law, such decision, absent appeal in state court is *res judicata*.

A memorandum of law in support of this motion is filed herewith.

**ORAL ARGUMENT IS REQUESTED**

- 1 -

THE DEFENDANT,
NEW HAVEN BOARD OF EDUCATION

/s/: _Audrey C. Kramer_
Audrey C. Kramer
Assistant Corporation Counsel
165 Church Street, 4th Floor
New Haven, CT 06510
Federal Bar #ct14520
Telephone: (203) 946-7968
Facsimile: (2030 946-7942
Akramer@newhavenct.net

## CERTIFICATION

This is to certify that on October 26, 2004, a copy of the foregoing Motion in Limine has been mailed, postage prepaid to the following counsel and pro se parties of record.

John Williams, Esq.
Williams & Pattis, LLC
51 Elm Street, Suite 409
New Haven, CT 06510

/s/ _Audrey C. Kramer_
Audrey C. Kramer

- 2 -