UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D. CLARK HOWELL | : | |
| VS. | : | NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION | : | NOVEMBER 7, 2004 |

### REQUEST FOR OPENING STATEMENTS

The plaintiff requests opening statements at the trial of this matter.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, cT 06510.

_____
JOHN R. WILLIAMS