UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D. CLARK HOWELL | : | |
| VS. | : | NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION : | | NOVEMBER 7, 2004 |

**WITHDRAWAL OF REHABILITATION ACT CLAIM**

The plaintiff withdraws his claim under the Rehabilitation Act.

          THE PLAINTIFF

          BY:_____
              JOHN R. WILLIAMS (ct00215)
              Williams and Pattis, LLC
              51 Elm Street
              New Haven, CT 06510
              (203) 562-9931
              FAX: (203) 776-9494
              E-Mail: jrw@johnrwilliams.com
              His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, cT 06510.

_____
JOHN R. WILLIAMS