UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

D. CLARK HOWELL                     :

VS.                                 :        NO. 3:02CV736(JBA)

NEW HAVEN BOARD OF EDUCATION :       NOVEMBER 12, 2004

## PLAINTIFF'S REVISED WITNESS LIST

1. The plaintiff will testify concerning all allegations in his complaint.

2. John Russell will testify concerning his position with the defendant, his interactions with the plaintiff, his interactions with the Superintendent of Schools, and his views on psychotherapy and psychiatric conditions.

3. Jeanne Lovrin will testify concerning other acts of blatant discrimination by the defendant and by John Russell against persons suffering from psychiatric conditions.

4. Al Grenet will testify concerning communications he had with the plaintiff and with John Russell concerning the plaintiff.

5. John Waselik will testify concerning the plaintiff's work as a teacher and his interactions with Russell.

6. Gary Aurora will testify concerning the plaintiff's work as a teacher and his interactions with Russell.

7. Pat Lucan will testify concerning the statements and actions of Mayo and Russell.

1

8. Ron LeCointe will testify concerning false statements made by Russell in his attempt to justify his actions regarding the plaintiff.

9. Paul Raccio will testify concerning false statements made by Russell in his attempt to justify his actions regarding the plaintiff.

10. John Acquavita will testify concerning interactions between Russell and the plaintiff.

11. Joseph Pulit will testify concerning interactions between Russell and the plaintiff.

12. Nikole Payton will testify concerning statements made by Russell concerning the plaintiff.

13. Theresa Santiago will testify concerning administrative practices of Russell.

14. Raven Hodge will testify concerning statements made about the plaintiff by Russell.

15. Sue Gilliam will testify concerning instructions and statements by Russell concerning the plaintiff.

16. Zelphia Hunter will testify concerning the plaintiff, Russell and other professional staff at Hyde School.

17. Stephen Jefferson will testify concerning the plaintiff's actions at Hyde School and concerning school policies and practices.

18. Charles Neal will testify concerning the plaintiff's actions at Hyde School and concerning school policies and practices.

19. Michael Neal will testify concerning the plaintiff's actions at Hyde School and concerning school policies and practices.

20. Lonnie Shealy will testify concerning Russell's actions toward and treatment of the plaintiff.

21. Michael Claxton will testify concerning the plaintiff's actions at Hyde School and concerning school policies and practices.

22. Kathleen Granfield will testify concerning the plaintiff's actions at Hyde School and concerning school policies and practices.

23. Chanel Blackmon will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

24. Anjenique Baker will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

25. Terrance White will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

26. Kenny Foster, Jr., will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

27. Kenara Foster will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

28. Felisha Huertas will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students, and also will testify concerning the actions of other staff members.

29. Khalil Ibrahima Kourouma will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

30. Aboubacar Gassama will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

31. Shaniqua Garcia will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

32. Shantel Garcia will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

33. Aneudys Peguero will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

34. Dacia Bucknor will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

35. Cheri Walker will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

36. Rikkia Hunter will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

37. Joseph Hunter will testify concerning the plaintiff's actions at Hyde School and the impact of his forced transfer upon the school and the students.

39. John Crotty will testify concerning plaintiff's injuries and concerning the disparate treatment to which the plaintiff was subjected.

40. Mike Martone will testify concerning plaintiff's injuries and concerning the disparate treatment to which the plaintiff was subjected.

THE PLAINTIFF


BY:_____
        JOHN R. WILLIAMS
        Federal Bar No. ct00215
        51 Elm Street
        New Haven, CT 06510
        203/562-9931
        FAX:  203/776-9494
        E-Mail: jrw@johnrwilliams.com
        His Attorney


CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, CT 06510.


_____
JOHN R. WILLIAMS