UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWELL | : |
| v. | : NO. 3:02cv736 (JBA) |
| NEW HAVEN BOARD OF EDUCATION | : |

FILED
2004 NOV 30 A 7:28
U.S. DISTRICT COURT
NEW HAVEN, CT

## ENDORSEMENT ORDER [DOC. #54]

Request for Opening Statements [doc. #54] is GRANTED if limited to 10 minutes and non-argumentative.

IT IS SO ORDERED.

Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November 24, 2004