UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| HOWELL | : | |
| v. | : | NO. 3:02cv736 (JBA) |
| NEW HAVEN BOARD OF EDUCATION | : | |

FILED
2004 NOV 30 A 7:28
U.S. DISTRICT COURT
NEW HAVEN, CT

## ENDORSEMENT ORDER [DOC. #52]

Motion in Limine re: Plaintiff's Involuntary Transfer as Violation of Contract [doc. #52] is GRANTED.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: November 24, 2004