

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| D. CLARK HOWELL | : |
| VS. | :     NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION : | NOVEMBER 25, 2004 |

### MOTION FOR PROTECTIVE ORDER

The plaintiff moves that a protective order issue prohibiting the defendant from compelling the testimony of the plaintiff's psychologist, Terry Eicher, Ph.D., at the trial of this action. In support of this motion, the plaintiff makes the following representations:

1. Defense counsel has notified the undersigned that she intends to serve a subpoena upon Terry Eicher, Ph.D., compelling his testimony at the trial of this action at 8:30 a.m. on December 2, 2004.

2. Dr. Eicher has informed the undersigned that he was telephoned by defense counsel and similarly so advised.

3. This is a "perceived as" disability case, so the reality of whether the plaintiff was or was not disabled is irrelevant and testimony on that subject would accordingly be inadmissible.

4. The plaintiff does not claim that he suffered an exacerbation of any illness as a consequence of the defendant's actions. Consequently, the testimony of his treating therapist would have no relevance to damages.

5. For the above reasons, the plaintiff is entitled to the protection of the psychotherapist-patient privilege in this case and the service of a subpoena upon Dr. Eicher should be prohibited. Jaffee v. Redmond, 518 U.S. 1 (1996); Conn. Gen. Stat. § 52-146d-f; Cody v. Mariott Corp., 103 F.R.D. 421 (D. Mass. 1984); Coates v. Whittington, 758 S.W.2d 749 (Tex. 1988); Smith v. Christie, 17 CLT No. 6, p. 27 (Conn. Sup. Ct. 1991).

THE PLAINTIFF

BY: _____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was electronically mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, at akramer@newhavenct.net.

JOHN R. WILLIAMS