# United States District Court

DISTRICT OF ⎯⎯⎯⎯⎯⎯⎯⎯

Howell v. NH Bd of Ed

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 02 CV 736 JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Williams | Crane |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 11/29/4 | Monteri | Tordey |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/30/4 | | | Seakist: |
| ✓ | | 43 | ✓ | ✓ | ltr - 8/30/00 from C Sagnella to Mr Russell re: Comment about wife |
| ✓ | | 44 | ✓ | ✓ | ltr - 9-25-00 (Same as 43) |
| ✓ | 12/2 | 45 | | ✓ | Memo from A. Imposta to R. Mayo |
| | | 46 | ✓ | | NH Bd of Ed Verified Resp to Complaint |
| | | 47 | ✓ | E | Pay statement Howell (11/22/00) |

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

United States District Court
District of Connecticut
FILED AT New Haven
12/2/ 200_
Kevin F. Rowe, Clerk
By: _____ Deputy Clerk

Page 1 of ___ Pages

11/30/4 √D ① Howell File (School File downtown)

2 Defendant's written policy concerning "Transfers and Promotions"

11/29/4 F ③ Brochure concerning "Hyde-New Haven" (6/30/02)

4 Strategic School Profile 1998-99

11/29/4 F ⑤ Hyde Leadership School Manual – page 1 only

11/29/4 F ⑥ Award to plaintiff from 1999-2000 basketball team

11/29/4 F ⑦ Three Howling Wolves Anthems

11/29/4 P ⑧ Hyde *Leadership Weekly*

9 Brochure concerning Hyde Leadership High School (7/4/01)

11/29/4 F ⑩ Mayo to Howell July 17, 1996

F+D ⑪ Evaluation of plaintiff December 19, 1996

F+D ⑫ Mayo to Howell February 4, 1998

F ⑬ Evaluation of plaintiff January 7, 1999

11/30/4 F ⑭ Russell to Howell 5/24/99 with plaintiff's response 10/2/00

11/30 F+D F ⑮ Russell to Howell 2/28/00 with plaintiff's response 10/2/00

11/30 F ⑯ Russell to Howell 4/4/00

11/30 F ⑰ Russell to Howell 4/7/00 with plaintiff's response 10/2/00

11/30 F ⑱ Evaluation of plaintiff April 10, 2000

11/30 F ⑲ Russell to Howell 4/27/00

11/30 F ⑳ Russell to Howell 5/2/00

13

11/30/4 F (21)    Russell to Howell 5/8/00 with plaintiff's response

11/30   F (22)    Evaluation of plaintiff June 12, 2000 (Redact)

11/30   F (23)    Mayo to Howell June 23, 2000

11/30   F (24)    Russell to Howell 8/30/00 with plaintiff's response 10/12/00 (Redact)

11/29   F (25)    Wilder to Howell September 18, 2000

 "      F (26)    Eicher to Lucan September 29, 2000

 "      F (27)    Mayo to Howell October 12, 2000

 "   ~~F+D~~ (28) V/D Lucan to Mayo October 16, 2000   Red

 "      F (29)    Wilder to Howell November 14, 2000

11/30   V/D (30)  Howell to Wilder November 16, 2000

11/29   F (31)    Wilder to Howell November 21, 2000

            32    Howell to Wilder January 5, 2001

            33    Howell to Employee file January 5, 2001

            34    Howell to Halloran 1/22/01

            35    Halloran to Howell 1/22/01

            36    Howell to Roberts January 26, 2001

            37    Howell to Wilder March 15, 2001

            38    Howell to Wilder March 23, 2001

            39    Return receipt for Exhibit 38

14

12/2    1/0  (40)   Article VIII from union contract

41    Howell to Wilder 9/25/00

42    Certificate of Receipt 10/4/00