AO 187 (Rev. 7/87) Exhibit and Witness List ●

# United States District Court

DISTRICT OF ――――

Petb /

Howell v. NH Bd of Ed

**EXHIBIT AND WITNESS LIST**

CASE NUMBER: 302 CV 736

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Certenten | Williams | Cham |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/29/4 | Monteir | Holby |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  |  | ✓ |  |  | Rekkia Hunter   w. Havn |
|  |  |  |  |  | John Acquavita Cheshir |
|  |  |  |  |  | Pat Lucas   Hamden |
|  |  |  |  |  | Shaniqua Garcia   New Haven |
|  |  |  |  |  | Shantil Garcia   New Haven |
|  |  |  |  |  | Michael Neal   " " |
|  |  |  |  |  | Charles Neal Jr   Hamden |
|  |  |  |  |  | K Korwaa   New Haven |
|  |  |  |  |  | A. Gessana   " " |
|  |  |  |  |  | Michael Martone   N. Branford |
|  |  |  |  |  | John Crotty   Naugatuck |
|  |  |  |  |  | Stepha Jefferson   New Haven |
|  |  |  |  |  | Michael Clayton   " " |
|  |  |  |  |  | Joseph Pulit   New Haven |
|  |  |  |  |  | Ronnie Shealy   Waterbury |
|  |  |  |  |  | Kenara Foster   Hamden |
|  |  |  |  |  | Kenny Foster   New Haven |
|  |  |  |  |  | Clark Howell   Hamden |
|  | 11/30/4 |  |  |  | Cont C Howell |
|  | ✓ |  |  |  | John Wascik   Oakdale, Ct |
|  | ✓ |  |  |  | Alan Grant   Hamden, Ct |
|  | ✓ |  |  |  | Chris Sagnella   " " |

United States District Court
District of Connecticut
FILED AT
12/21
Kevin F. Rowe, Clerk
By
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   Pages