# United States District Court

DISTRICT OF _____

**EXHIBIT AND WITNESS LIST**

Hewees v. NH Bd of Ed

Dft Exhibit
Dft

CASE NUMBER: 302cv736JBA

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Anterton | William | Cran |
| TRIAL DATE(S) 11/29/4 | COURT REPORTER Monter | COURTROOM DEPUTY Torday |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | 11/30/4 | | | See Exhibits List |
| | | | | | John Wasilik — Oakdale |
| | | ? | | | Alan Grenet — Hamden |
| | | | | | Chris Sagnella |
| | | 12/2/4 | | | Allison Impiola ? |
| | | ? | | | John Russell — New Haven |
| | | | | | Reginal Mayo — New Haven |

United States District Court
District of Connecticut
FILED AT _____
12/3/ _____ 04
Kevin F. Rowe, Clerk
By P. Torday
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

**Exhibits:**

**For the Defendant**

a.  September 19, 2000 – Dr. Eicher Notes

b.  September 26, 2000 – Dr. Eicher Notes

c.  October 4, 2000 – Dr. Eicher Notes

d.  October 25, 2000 – Dr. Eicher Notes

e.  November 2, 2001 – Dr. Eicher Notes

f.  July 9, 2001 - Dr. Eicher Notes

g.  July 23, 2001- Dr. Eicher Notes

h.  October 16, 2000 – Spectrum Psychiatric Group., P.C.

i.  Memo 5/24/99 to Clark Howell from John Russell

j.  Memo 2/28/00 to Clark Howell From John Russell

k.  Memo 4/4/00 to Clark Howell From John Russell

l.  Memo 4/7/00 to Clark Howell From John Russell

m.  Memo 5/2/00 to Clark Howell From John Russell

n.  Memo 5/8/00 to Clark Howell From John Russell

12/2 — o. F  Memo 7/13/00 to Dr. Mayo from J. Russell

p.  Memo 8/30/00 to Clark Howell From John Russell

q.  Award of Arbitrators in the Matter of New Haven Federation of Teachers (D. Clark Howell) and New Haven Board of Education.

11/30 ✓D R let 9/19/00 fum NHJT UNION to S. Wilder

12/2 ✓D S memo fum J WASELIK (9/29/00)