AO 187 (Rev. 7/87) Exhibit and Witness List

# United States District Court

### DISTRICT OF _____ Court

**EXHIBIT AND WITNESS LIST**

Howell  v. NH Bd of Ed

CASE NUMBER:

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Arterton | Williams | Chane |

| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| 12/6/4 | Montive | Jordan |

| PLF. NO. | DEF. NO. | WITNESS | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | | 12/6 | | A | Note Re: Read Back Russells Testimony (12/2/4) |
| | | 11 | | B | Note Re: Pg 20 of the Charge |
| | | 12/7 | | C | Note Re: Verdict |

United States District Court
District of Connecticut
FILED AT _____ RON 2014
12/7/04
Kevin F. Rowe, Clerk
By _____
Deputy Clerk

* Include a notation as to the location of any exhibit not held with the case file or not available because of size

Page 1 of ___    Pages