UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

D. Clark Howell,
    Plaintiff,

v.                              No. 3:02cv736(JBA)

New Haven Board of Education,
    Defendant.

## VERDICT FORM

**A. LIABILITY**

1. Has the plaintiff proved that the defendant regarded him as disabled under the ADA?

   Yes __✓__   No _____

   If you answered yes Question 1, go to Question 2. If you answered no, you have completed your deliberations and should go to the Conclusion of this form.

2. Has the plaintiff proved that the defendant's perception that he was disabled was a motivating factor in its decision to transfer the plaintiff out of Hyde Leadership High School?

   Yes __✓__   No _____

   If you answered yes, then proceed to Section B and determine damages. If you answered no, go to the Conclusion of this form.

**B. DAMAGES**

3. What amount of compensatory damages do you award the plaintiff for his economic loss to date caused by defendant's violation of the ADA?

   $ __40,000__

1

4.  Do you find that the plaintiff has proved he will sustain future economic loss on account of defendant's violation of the ADA?

    Yes ✓   No _____

    If yes, in what amount? $ 10,000 per year / Total 210,000

    Until what year? 2025

5.  What amount of compensatory damages do you award the plaintiff for the emotional distress caused by defendant's violation of the ADA?

    $ 200,000

CONCLUSION:

You have now completed your deliberations. Please have your jury foreperson date, note the time, and sign the form below.

So say we all, dated at New Haven, Connecticut, this 7th day of December, 2004, at 10:05 o'clock (a.m.)/p.m.

_____
Signature of Foreperson

2