UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT


D. CLARK HOWELL

    v.                                                      Civil No.  3:02cv736 (JBA)

NEW HAVEN BOARD OF
EDUCATION


**J U D G M E N T**


      This matter came on for trial before a jury and the Honorable Janet Bond Arterton, United States District Judge.  On December 7, 2004, after deliberation, the jury returned a verdict for the plaintiff, D. Clark Howell, and found compensatory damages for his economic loss in the amount of $40,000.00; future economic loss in the amount of $210,000.00 to be discounted to present value and compensatory damages for emotional distress in the amount of $200,000.00 for a total award of $450,000.00.

      Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff, C. Clark Howell, in the amount of $450,000.00 for compensatory damages.

      Dated at New Haven, Connecticut this 7th day of December, 2004.

                                                                       KEVIN F. ROWE,  Clerk


                                                             _____/s/_____
                                                               By: Betty J. Torday
                                                                  Deputy Clerk


EOD:_____