UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| D. CLARK HOWELL | : |
| VS. | :   NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION : | DECEMBER 12, 2004 |

**MOTION FOR AWARD OF ATTORNEY FEES AND EXPENSES**

The plaintiff respectfully moves for an award of attorney fees and expenses in this litigation in the amount of $33,323.25. In support of this motion, he submits herewith the affidavit of counsel.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
Williams and Pattis, LLC
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, cT 06510.

_____
JOHN R. WILLIAMS