UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| D. CLARK HOWELL : | |
| VS. : | NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION : | DECEMBER 12, 2004 |

**AFFIDAVIT IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY FEES AND EXPENSES**

STATE OF CONNECTICUT       )
                           )   SS:     New Haven
COUNTY OF NEW HAVEN        )

John R. Williams, having been duly sworn, states:

1. I am the attorney for the plaintiff in this litigation and I submit this affidavit in support of an award of attorney fees and expenses in the total amount of $33,323.25.

2. I graduated from Harvard College, *cum laude*, in 1963 with an A.B. degree in American History. I received my J.D. degree from Georgetown University Law Center in 1967. At Georgetown, I was an Associate Editor of the *Georgetown Law Journal*.

3. I was admitted to the Connecticut Bar in 1968 and to the Bar of this Court in the same year. I was admitted to the Bar of the United States Court of

Appeals for the Second Circuit in 1971 and to the Bar of the United States Supreme Court in 1974. I have handled and argued cases in all of these courts.

5. For most of my professional career, I have devoted a substantial portion of my time and energy to representing plaintiffs in civil rights cases of all kinds. I have served as a Member of the Executive Committee of the Employment Law Section of the Association of Trial Lawyers of America and I have served as Chair of the Civil Rights Section of the Association of Trial Lawyers of America. I have published articles on the subject of civil rights law in scholarly journals and have lectured on civil rights law throughout the United States.

5. The time and expense records of my office reflecting my work on this case are attached hereto. They show that I have expended at least 85.6 hours in representing the plaintiff in the claim upon which he has prevailed herein, and that our office has incurred expenses in the total amount of $3,363.25 in that regard. Those records are attached hereto as *Exhibit A*.

6. I have for years billed my time at $350 per hour. This rate has been recognized by this court as an appropriate lodestar for experienced counsel in the State of Connecticut. *E.g.*, Connecticut State Dept. Of Social Services v. Thompson, 289 F. Supp. 2d 198 (D. Conn. 2003); Bristol Technology, Inc. v. Microsoft Corp., 127 F. Supp. 2d 64 (D. Conn. 2000).

7. Accordingly, my documented time multiplied by the said lodestar yields an attorney fee of $29,960. Added to the documented expenses incurred, the total award for attorney fees and expenses in this case should be $33,323.25.

8. The jury in this matter returned a verdict of $450,000.00. The attorney fee billed above represents only about 7% of the verdict – a very modest fee in the light of the results obtained.

_____
JOHN R. WILLIAMS

Subscribed and sworn to before me this 12th day of December, 2004.

_____
Commissioner of the Superior Court

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, cT 06510.

_____
JOHN R. WILLIAMS