# TIME & EXPENSES FOR D. CLARK HOWELL

| Date | Description | Time |
|---|---|---|
| 11/10/00 | Initial meeting with client | 1.0 hour |
| | Preparation of CHRO & EEOC materials | 0.4 hour |
| 6/12/01 | Reviewing letter from CHRO | 0.1 hour |
| | Correspondence with client | 0.1 hour |
| 6/21/01 | Reviewing corrected CHRO/EEOC Complaint | 0.2 hour |
| | Correspondence with CHRO | 0.1 hour |
| 7/11/01 | Reviewing arbitration transcript | 1.0 hour |
| | Correspondence with client re same | 0.1 hour |
| 7/17/01 | Correspondence with client | 0.1 hour |
| 12/12/01 | Correspondence with EEOC re Right to Sue | 0.1 hour |
| | Correspondence with CHRO re Release of Juris. | 0.1 hour |
| 3/25/02 | Drafting Complaint | 1.3 hours |
| | Correspondence with client re same | 0.1 hour |
| 4/29/02 | Reviewing removal papers from defense | 0.3 hour |
| | Correspondence with client re same | 0.1 hour |
| 5/16/02 | Correspondence with CHRO | 0.1 hour |
| 5/21/02 | Reviewing answer | 0.2 hour |
| 5/28/02 | Drafting Rule 26(f) Report | 0.3 hour |
| | Correspondence with Atty. Kramer re same | 0.1 hour |
| 9/10/02 | Correspondence with client | 0.2 hour |
| 11/21/02 | Preparing settlement conference memorandum | 0.4 hour |
| 11/22/02 | Correspondence with client re special masters | 0.1 hour |
| 12/6/02 | Correspondence with client re special masters | 0.1 hour |
| 1/13/03 | Reviewing discovery requests | 0.2 hour |
| | Correspondence with client re same | 0.1 hour |
| 1/23/03 | Correspondence with client re special masters | 0.1 hour |
| 2/11/03 | Settlement conference | 1.5 hours |
| 2/14/03 | Preparing status report | 0.3 hour |
| 3/13/03 | Drafting interrogatories and requests to admit | 1.0 hour |
| | Correspondence with client re same | 0.2 hour |
| 3/24/03 | Correspondence with client re trial date | 0.1 hour |
| 3/27/03 | Correspondence with client re deposition and psychiatric evidence | 0.2 hour |
| | Preparing motion for protective order re same | 0.3 hour |

| Date | Description | Time |
|---|---|---|
| 4/3/03 | Correspondence with client re settlement conference with Judge Margolis | 0.1 hour |
| | Reviewing defendant's objection to motion for protective order | 0.2 hour |
| 4/4/03 | Correspondence with client re deposition | 0.1 hour |
| | Correspondence with Dr. Eicher re records | 0.2 hour |
| 4/10/03 | Correspondence with client re deposition | 0.1 hour |
| 4/24/03 | Reviewing Dr. Eicher's report | 0.3 hour |
| | Correspondence with Atty. Kramer re same | 0.1 hour |
| 4/29/03 | Settlement conference with Judge Margolis | 1.5 hours |
| | Conference with client re discovery issues | 0.6 hour |
| 5/2/03 | Correspondence with client re same | 0.1 hour |
| 5/7/03 | Review of client's mental health records | 0.7 hour |
| | Preparation of same for Judge Margolis | 0.3 hour |
| | Correspondence with Judge Margolis re same | 0.1 hour |
| 5/12/03 | Reviewing defense responses to discovery | 0.4 hour |
| | Correspondence with client re same | 0.1 hour |
| 5/13/03 | Conference with client re retaliation issues | 1.0 hour |
| 5/14/03 | Correspondence with Atty. Kramer re same | 0.2 hour |
| | Reviewing ruling on motion for protective order | 0.2 hour |
| 5/17/03 | Reviewing responses to requests for admission | 0.2 hour |
| | Correspondence with client re same | 0.1 hour |
| 5/21/03 | Meeting with client re principal's attempt to impose Scientology beliefs re psychiatry on him | 1.0 hour |
| | Correspondence with Atty. Kramer re same | 0.2 hour |
| 5/22/03 | Correspondence with client re deposition | 0.1 hour |
| 6/2/03 | Prefiling conference with court | 0.3 hour |
| 6/9/03 | Correspondence with client re trial date | 0.1 hour |
| 6/19/03 | Correspondence with Atty. Kramer re motion for summary judgment | 0.1 hour |
| 6/28/03 | Preparing objections to summary judgment | 0.4 hour |
| 7/6/03 | Preparing motion to strike Rule 9(c) Statement | 0.3 hour |
| 8/6/03 | Preparing opposition to summary judgment | 5.0 hours |
| 8/8/03 | Correspondence with client re same | 0.1 hour |
| 3/17/04 | Correspondence with client re timing issues | 0.1 hour |
| 3/18/04 | Reviewing court's ruling on summary judgment | 0.5 hour |
| | Correspondence with client re same | 0.1 hour |
| 4/2/04 | Correspondence with client re settlement conference | 0.1 hour |
| 4/16/04 | Settlement conference with Judge Margolis | 2.0 hours |

| Date | Description | Time |
|---|---|---|
| 4/19/04 | Drafting release | 0.2 hour |
|  | Correspondence with client re same | 0.1 hour |
| 5/19/04 | t/c with Atty. Kramer re settlement | 0.1 hour |
|  | Correspondence with client re same | 0.1 hour |
| 6/6/04 | Drafting plaintiff's portion of Joint Trial Memo | 3.5 hours |
|  | Correspondence with Atty. Kramer re same | 0.1 hour |
| 6/9/04 | Reviewing file | 1.0 hour |
|  | Correspondence with Atty. Kramer re records of math committee meetings | 0.2 hour |
| 6/28/04 | Reviewing letter from Atty. Kramer re same | 0.2 hour |
|  | Correspondence with Atty. Kramer re same | 0.1 hour |
| 10/15/04 | Correspondence with client re trial date | 0.1 hour |
| 10/28/04 | Final Pretrial Conference | 1.0 hour |
| 11/3/04 | Jury selection | 1.5 hours |
| 11/6/04 | Preparing motion for opening statements | 0.2 hour |
|  | Research re Rehabilitation Act | 0.4 hour |
|  | Preparing withdrawal of Rehab. Act claim | 0.2 hour |
| 11/7/04 | Preparing copies of exhibits | 3.0 hours |
|  | Correspondence with Atty. Kramer re same | 0.1 hour |
| 11/11/04 | Revising witness list | 0.7 hour |
| 11/15/04 | Preparing & forwarding Bench Book to court | 0.6 hour |
| 11/19/04 | Preparing subpoenas for all witnesses | 1.0 hour |
| 11/21/04 | t/c with witness Granfield | 0.3 hour |
| 11/22/04 | Reviewing returns on subpoenas | 0.3 hour |
|  | Correspondence with client re subpoena fees | 0.1 hour |
| 11/23/04 | Correspondence with Atty. Cretella re subpoena | 0.1 hour |
| 11/25/04 | Preparing motion for protective order | 0.2 hour |
| 11/28/04 | Review of entire file, meeting with client and family, organizing trial presentation | 10.0 hours |
| 11/29/04 | Trial | 5.5 hours |
|  | Meeting with client | 0.5 hour |
| 11/30/04 | Trial | 5.5 hours |
|  | Meeting with client | 0.5 hour |
| 12/2/04 | Trial | 5.5 hours |
|  | Meeting with client | 0.5 hour |
|  | Charge conference | 0.5 hour |
| 12/3/04 | Researching and printing out life tables | 0.5 hour |
|  | Correspondence with court re same | 0.1 hour |

| Date | Description | Time |
|---|---|---|
| 12/6/04 | Preparation of summation | 1.0 hour |
| | Trial | 8.0 hours |
| 12/7/04 | Trial | 1.5 hours |
| 12/12/04 | Preparing fee application | 3.0 hours |

**Total Time**  85.6 hours @ $350 = $29,960.00

**EXPENSES**

| Date | Description | Amount |
|---|---|---|
| 7/19/01 | Transcript of arbitration hearing | $ 810.25 |
| 4/1/02 | Filing fee | $ 190.00 |
| | Marshal's fee for service of summons | $ 49.80 |
| 4/23/03 | Fee to Dr. Eicher for records | $ 100.00 |
| 11/19/04 | Witness fees | $ 800.00 |
| 12/1/04 | Marshal's fees for service of subpoenas | $1,413.20 |

**Total Expenses**  $3,363.25

***TOTAL TIME AND EXPENSES:   $ 33,323.25***