**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **D.CLARK HOWELL** | : | |
| Plaintiff | : | CASE NO. 3:02-CV-00736 (JBA) |
| **VS.** | : | |
| **NEW HAVEN BOARD OF EDUCATION, ET AL** | : | DECEMBER 16, 2004 |
| Defendant | | |

**DEFENDANT'S MOTION FOR JUDGMENT AS A MATTER OF LAW, REMITTITUR OR, IN THE ALTERNATIVE FOR A NEW TRIAL**

Pursuant to Rule 50 of the Federal Rules of Civil Procedure, the defendant respectfully renews its Motion for Judgment as a Matter of Law. In the alternative, defendants move pursuant to Rule 59 of the Federal Rules of Civil Procedure for remittitur or in the alternative a new trial.

The basis for the defendant's claims are as follows. The first claim is that the plaintiff has not set forth sufficient facts to prove that the defendant New Haven Board of Education (hereinafter the "Board") perceived that he

**ORAL ARGUMENT IS REQUESTED**

was disabled within the meaning of the American with Disabilities Act because he has not shown that he was substantially limited in his ability to work in a broad range of jobs within his field as he is still a teacher with the Board. Alternatively, if the court finds such a claim is recognizable under law, the defendant requests that the court revisit the issue of further damages, i.e. front pay, as it was improperly before the jury and there was insufficient evidence presented to support an award of front pay. In the alternative, the defendant moves for a new trial as to the plaintiff's claim, as the evidence does not support the finding that defendant viewed as being unable to teach. Furthermore, the plaintiff did not prove compensatory damages as to emotional distress in the amount of $200,000.00 or that he made reasonable efforts to mitigate his damages as to his past and future wage loss.

THE DEFENDANT.,
NEW HAVEN BOARD OF
EDUCATION, ET AL

/s/ _____
Audrey C. Kramer
Assistant Corporation Counsel
Office of the Corporation Counsel
165 Church Street
New Haven, Connecticut 06510
Telephone No. 946-7968
Federal Bar No. CT14520
E-MAIL – Akramer@Newhavenct.net

## **CERTIFICATION**

**THIS IS TO CERTIFY** that a copy of the foregoing Defendant's Motion for Judgment as a Matter of Law, Remittitur, or, in the Alternative, for a New Trial was mailed postage prepaid on December 16, 2004, to the following counsel of record and/or pro se parties:

John R. Williams, Esquire
51 Elm Street, Suite 409
New Haven, Connecticut 06510

/s/ _____
Audrey C. Kramer