**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **D.CLARK HOWELL** | : |
| Plaintiff | : CASE NO. 3:02-CV-00736 (JBA) |
| **VS.** | : |
| **NEW HAVEN BOARD OF EDUCATION, ET AL** | : |
| | : DECEMBER 16, 2004 |
| Defendant | |

**MOTION FOR EXTENSION OF TIME TO SUPPLEMENT DEFENDANT'S MEMORANDUM IN SUPPORT OF ITS MOTION FOR JUDGMENT AS A MATTER OF LAW, REMITTITUR OR, IN THE ALTERNATIVE FOR A NEW TRIAL**

Pursuant to Fed. R.C.P. 7 and D. Conn. L. Civ.R. 7(b), the defendant moves for an extension of time to supplement its memorandum in support of its Motion for Judgment as a Matter of Law, Remittitur or, in the Alternative for a New Trial, extending that time to ten days from the time which it receives the trial transcript. Such extension is necessary for the defendants to be able to supplement its memorandum with evidence from the transcript.

**ORAL ARGUMENT NOT REQUESTED**

In support of this motion, counsel for defendants, represents as follows:

1. Counsel for the defendant has requested portions of the trial transcript form court reporter Sharon Montini.

2. Court Reporter Sharon Montini expects to have the requested portion of the trial transcript available for the defendant at the end of January 2005.

3. Counsel requires the transcript to properly document its memorandum in support of its Motion for Judgment, Remittitur or in the Alternative for a New Trial.

4. Counsel for the undersigned defendant has contacted John Williams who has no objection to this motion.

Wherefore, the defendant moves for an extension of the time for it to supplement its memorandum in support of its Motion for Judgment, Remittitur or in the Alternative for a New Trial.

    RESPECTFULLY SUBMITTED,
    THE DEFENDANT

By: _____
    Audrey C. Kramer
    Assistant Corporation Counsel
    Office of the Corporation Counsel
    165 Church Street
    New Haven, Connecticut 06510
    Federal Bar #CT14520
    Telephone: (203) 946-7968

## **CERTIFICATION**

       This is to certify that on December 16, 2004, a copy of the foregoing <u>Motion for Extension of Time</u> was mailed, postage prepaid, to the following counsel and pro se parties of record**:**

John R. Williams, Esquire
51 Elm Street, Suite 409
New Haven, Connecticut 06510

                                                        _____
                                                        Audrey C. Kramer