UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D. CLARK HOWELL | : | |
| VS. | : | NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION | : | DECEMBER 21, 2004 |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR JUDGMENT AS A MATTER OF LAW**

The plaintiff moves for an extension of time until 21 days after the defendant files its Supplementary Memorandum in support of its Motion for Judgment as a Matter of Law, Remittitur, or New Trial, within which to file his brief in opposition to that motion. The basis of this motion is the defendant's unopposed request, made at the court's suggestion, that it not file its final memorandum on said motion until the trial transcript has been prepared.

THE PLAINTIFF

BY:_____
JOHN R. WILLIAMS (ct00215)
51 Elm Street
New Haven, CT 06510
(203) 562-9931
FAX: (203) 776-9494
E-Mail: jrw@johnrwilliams.com
His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was mailed to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, cT 06510.

_____
 JOHN R. WILLIAMS