**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **HOWELL** | : |
| **v.** | : NO. 3:02cv736 (JBA) |
| **NEW HAVEN BOARD OF EDUCATION** | : |

**ENDORSEMENT ORDER [DOC. #78]**

    Motion for Extension of Time [doc. #78] is GRANTED, absent objection.  Defendant's supporting Memorandum shall be filed by February 14, 2005; opposition shall be filed by March 7, 2005; any reply shall be filed by March 21, 2005.

                                        IT IS SO ORDERED.

                                        Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: December    , 2004**