UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| HOWELL | : |
| v. | : NO. 3:02cv736(JBA) |
| NEW HAVEN BOARD OF EDUCATION | : |

### ENDORSEMENT ORDER [DOC. #79]

Motion for Extension of Time [doc. #79] is GRANTED, as follows: Defendant's supporting Memorandum shall be filed by February 14, 2005; opposition shall be filed by March 7, 2005; any reply shall be filed by March 21, 2005.

IT IS SO ORDERED.

Joan Glazer Margolis, U.S.M.J.
On Behalf Of:
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut: December 30, 2004