**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **HOWELL** | : |
| **v.** | :   **NO. 3:02cv736 (JBA)** |
| **NEW HAVEN BOARD OF EDUCATION** | : |

### SCHEDULING ORDER

The trial transcript in this matter was filed 1/26/05 [doc. #86], and the following schedule is hereby ordered:

1. Defendant's Memorandum in Support of its Motion for Judgment As a Matter of Law or in the Alternative Motion for a New Trial will be filed 2/18/05.

2. Plaintiff's Opposition to Motion for Judgment as a Matter of Law or in the Alternative Motion for a New Trial [doc. #76] will be filed 3/11/05.

3. Defendant's Reply, if any, will be filed 3/25/05.

IT IS SO ORDERED.

_____
Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: January    , 2005**