UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **HOWELL** | : |
| **v.** | :    NO. 3:02cv736 (JBA) |
| **NH BOARD OF ED.** | : |

<u>**ORDER OF REFERRAL TO MAGISTRATE JUDGE**</u>

    This case is referred to Magistrate Judge Joan Glazer Margolis for the following purpose(s):

- Ruling on all pretrial motions except dispositive motions:

- Supervise discovery and resolve discovery disputes:

- Ruling/Hearing:

✔  - Settlement conference:

- Other:

                            IT IS SO ORDERED.


                            _____
                            Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut: <u>January   , 2005</u>**

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

              Settlement Conference Notice


           Magistrate Judge Joan Glazer Margolis
                         U.S.D.C.
           141 Church Street, New Haven, Connecticut
```

NOTWITHSTANDING THE PARTIES' PENDING MOTION(S), THEY ARE REFERRED TO MAGISTRATE JUDGE MARGOLIS FOR THE PURPOSE OF CONDUCTING A SETTLEMENT CONFERENCE.  SEE ORDER OF REFERRAL ISSUED THIS DATE.

THE PARTIES ARE TO CONDUCT THIS CONFERENCE AT THE MAGISTRATE JUDGE'S EARLIEST CONVENIENCE, BUT SHALL NOT AWAIT RULING ON PENDING MOTION TO CONDUCT THIS CONFERENCE.

**Howell v. NH Board of Education, 302cv736 (JBA)**

```
                              BY ORDER OF THE COURT
                              KEVIN F. ROWE, CLERK
```