UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D. CLARK HOWELL | : | |
| VS. | : | NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION | : | MARCH 9, 2005 |

## CONSENT MOTION FOR EXTENSION OF TIME

The plaintiff respectfully moves for a two-week extension of time, until March 25, 2005, to file his response to the defendant's Motion for Judgment, Remittitur or New Trial. In support of this motion, he represents as follows:

    1. The defendant has no objection to this motion.

    2. No motion seeking an extension of time for this purpose has been filed previously.

    3. The extension is needed because the undersigned has ordered a complete trial transcript, which is essential to preparing an informed response, and such complete trial transcript has not yet been received from the Court Reporter.

        THE PLAINTIFF

BY:_____
    JOHN R. WILLIAMS (ct00215)
    51 Elm Street
    New Haven, CT 06510
    (203) 562-9931
    FAX: (203) 776-9494
    E-Mail: jrw@johnrwilliams.com
    His Attorney

CERTIFICATION OF SERVICE

On the date above stated, a copy hereof was electronically transmitted to Attorney Audrey C. Kramer, Assistant Corporation Counsel, 165 Church Street, New Haven, CT 06510, at: akramer@newhavenct.net

_____
JOHN R. WILLIAMS