UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D. CLARK HOWELL | : | |
| VS. | : | NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION : | | MARCH 26, 2005 |

# PLAINTIFF'S EXHIBITS

# EXHIBIT A

```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


 *    *    *    *    *    *    *

D. CLARK HOWELL                      *

                    Plaintiff,       *  Case No 02cv736(JBA)

          VS.                        *

NEW HAVEN BOARD OF EDUCATION         *  NOVEMBER 29, 2004

                    Defendant        *

 *    *    *    *    *    *    *    *



          TRANSCRIPT OF THE TESTIMONY OF CLARK HOWELL

                          VOLUME I



B E F O R E:

          THE HON. JANET BOND ARTERTON, U.S.D.J.



APPEARANCES:

          FOR THE PLAINTIFF:
          WILLIAMS & PATTIS
          51 Elm Street
          New Haven, CT.  06510
          BY:  JOHN WILLIAMS, ESQ.


          FOR THE DEFENDANT:
          CORPORATION COUNSEL
          157 Church Street
          New Haven, CT 06510
          BY:  AUDREY KRAMER, ESQ.
                                       Sharon Montini
                                       Official Court Reporter
```

parents, my dad said, "You know, you ought to check out Hyde, they have a program you might really like, you might find it similar to what you did at St. Paul's." And he was very right. It just seemed to me to be very much more what I was looking for in teaching.

So, I was glad I did the interview, but then I had to weigh the decision because the job in New Jersey paid quite a bit more, and I had just moved and it was going to cost me a fortune to move out of there, I would have to break the lease. The landlord was good about it, but it cost me a lot of money to make the move, and I was really, really broke. I had just done my student teaching, and you don't get paid for student teaching, so I took time off from my other job. And so, you know, I wanted to do it and I knew it was all worth the sacrifice, and I was really excited, but, man, was I starving.

Q. So, what were you paid when you started at Hyde?

A. It started I think at 29,000, or about 30,000. In round numbers about $30,000, but then there is the extended day stipend, which I think started in the neighborhood of $9,600 and moved its

```
 1   way up to 10,000 somewhere, and now I guess it's
 2   higher than that.
 3       Q.   So, what you had was those two numbers
 4   combined for a total salary?
 5       A.   Yes.  When you put it all together, the
 6   money only had a small part in the decision.  I
 7   really, really wanted to come to New Haven.  I
 8   loved the whole idea of the school.  The only thing
 9   was, it was just like the place in New Jersey,
10   which started at 36 and accelerated you very
11   quickly to 44 or 45 very quickly, and paid for your
12   Master's, and New Haven wasn't going to offer that,
13   and so I remember being in the office with Charles
14   Deveau (phonetic spelling), who was the personnel
15   director at the time, and he said, "Okay, you got
16   the job."  And I was looking (indicating).
17           And I said, "Okay, great, how much does
18   it pay?"
19           "29,000."
20           I look at the thing and said, "Man, do
21   you know, I love this job, but I mean that's on top
22   of everything else."
23           And he said, "Well, do you know Hyde has
24   the extended day?  You are going to love that."
25   And so when we put it all together, it was just one
```

into fights, and then we'd suddenly realize, oh, no, that's not you, you are having another one of those, and we'd get something, I would sit down and I would calm down and sit back and everything was fine again, and I'd say, "Oh, I'm so sorry." But she's kind of used to it, or she was.

Q. Okay. Now, the depression, when was that first diagnosed?

A. The exact date I know, I could look up for you. I remember it was sometime in that short period of time between the time I started diabetes. It wasn't too long afterwards. Half a year maybe. I don't know, a couple months.

Q. So, you were at Hyde School when this first manifested itself?

A. Yeah, that would be my second year.

Q. And what were the symptoms that you experienced?

A. I didn't want to live. I was very -- I was down, I was very sad, I was very stressed, and I was having trouble waking up and just getting myself -- I thought I was the most miserable teacher there ever was. We were losing a lot of softball games and Coach Raccio was teasing me about it, and I felt, I mean, everything was just

```
 1   futile.
 2          I would just go -- a lot of times, like
 3   I would spend the weekend just home not answering
 4   the phone, not calling anybody, crying, lying there
 5   and keeping the windows shut and the shutters shut,
 6   and I was always kind of a little bit afraid of
 7   making phone calls, but all of a sudden anyone who
 8   wanted to talk to me, I started getting real
 9   afraid, like if the phone would ring I would get
10   afraid.
11        Q.   What did you do when you first realized you
12   were having these symptoms that were out of the
13   ordinary for you?  What did you do about it?
14        A.   I spoke to Gary Aurora, and I said, "Gary,
15   have you got a minute?" And it was all I could do
16   to not start crying right there.  And we went
17   outside in the parking lot and I said, "Gary, I
18   don't know what's going on, but this isn't right."
19   I was crying right there.  He said, he said --
20           MS. KRAMER: Objection, your Honor
21   hearsay.
22           THE COURT: Without telling us what he
23   said, can you just -- the question was what did you
24   do when you first realized you were having these
25   symptoms that were out of the ordinary for you.
```

188

1   MR. WILLIAMS: If I may, your Honor, I
2   anticipate that, if permitted, the response as to
3   what Mr. Aurora said would be something that would
4   be a verbal act, not a representation of extrinsic
5   fact.
6   THE COURT: But it can be as a result of
7   what Mr. Aurora said, did he do something or say
8   something.
9   MR. WILLIAMS: For the record, I'd like
10  to claim what Mr. Aurora said with that
11  understanding.
12  Q.   So, when did this happen, by the way?
13  A.   This is 1998.
14  Q.   When in '98?
15  A.   I have to look it up.
16  Q.   Well, time of year?
17  A.   I don't remember.
18  Q.   All right, that's fair.  So you were in the
19  parking lot speaking to Mr. Aurora, a fellow
20  teacher, correct?
21  A.   Yes.
22  Q.   At Hyde?
23  A.   Yes.
24  Q.   You were in tears?
25  A.   Yes.

1  Q.  And what did you say to him?

2  A.  I told him that I was afraid, and he asked

3  me to --

4  Q.  Without --

5  A.  Without. Okay, well, very simply he -- as

6  a result of the conversation, I talked to my

7  parents.

8  Q.  Okay, and as a result of that conversation?

9  A.  I found out for the first time that there

10 was stuff you could do about that, that it was

11 medical. My dad took me to CHCP in New Haven, and

12 we went to see a doctor, and that's when I found

13 out a lot of things.

14 Q.  And then did you enter treatment?

15 A.  Immediately.

16 Q.  And what did the treatment consist of?

17 A.  Therapy with Terry Eicher which started

18 that day. We went right up. Consultation with

19 Dennis Charney, the psychiatrist. They increased

20 Zoloft that I was taking at the suggestion of a

21 physician from the first time that I first felt

22 down. When I had the diabetes I was down about

23 that, and he said, "Do you want to take something

24 for it?"

25      I said, "I don't know," and he put me on

1  a very small amount of Zoloft very early. So, I
2  was already on that small amount before I had the
3  major depression. And so the first thing they did
4  was they raised the Zoloft levels.
5      Q.  And then did you remain in treatment with
6  Dr. Eicher?
7      A.  Yes.
8      Q.  To the present time?
9      A.  Yes.
10     Q.  And did you remain in treatment with Dr.
11 Charney?
12     A.  Dr. Charney eventually left his post and
13 was replaced by Dr. Robert Ostroff, who I still
14 see.
15     Q.  And Dr. Eicher is a Ph.D. psychologist, and
16 Dr. Ostroff, and Dr. Charney before him, are M.D.
17 physicians, correct?
18     A.  Yes.
19     Q.  And only the M.D. can prescribe medication?
20     A.  That is correct. What the format is, I
21 spend all of the time with Terry, he's my liaison,
22 and then he confers with Dr. Ostroff, and they
23 agree on what -- Dr. Ostroff is the only one who
24 can prescribe it, so I only see Dr. Ostroff once or
25 twice a year, and it's only for about 10 minutes,

```
 1   and then he just will do whatever Terry told him,
 2   but with medical knowledge, whatever it is.  And so
 3   I keep doing that.
 4       Q.   Okay.  So the combination of psychotherapy
 5   where you see your psychologist regularly and
 6   medication from your psychiatrist does what for
 7   you?
 8       A.   Oh, did that ever make a difference.  I got
 9   my focus and energy back and felt like -- felt like
10   -- felt normal again.  In other words, the way they
11   explained it to me, what Zoloft does is that it --
12            MS. KRAMER:  Objection, your Honor.
13            THE COURT:  Sustained.
14       Q.   You can describe what it does for you
15   without telling us the medical.  Obviously you are
16   not a physician.
17       A.   Right, correct.
18       Q.   But its effect for you is what?
19       A.   It keeps me from getting stuck in a mood.
20   Before taking it, the problem would be if I was sad
21   for one moment, I would be sad, like an Isaac
22   Newton kind of thing, I could do it with calculus,
23   once set in motion it will keep -- stay in motion
24   until it's acted on by another force, and what was
25   happening with me, if I was sad about anything, I
```

```
 1   would stay sad.  If I was happy about anything, I
 2   would stay happy and wouldn't come back down.  My
 3   friends would hate me because I would be
 4   (indicating).  So, what this -- the Zoloft did was
 5   put me back to the normal me I remembered being
 6   just a year prior.
 7        Q.   Now, so you got yourself, with the help of
 8   the physician and your psychologist, back on track
 9   at about what time?  When was this?
10        A.   It was a gradual combination of the two
11   things, and then the horror of just knowing what it
12   was that I had, and the mystery and the fear and
13   all that were wrapped all into one.  It took a
14   while.  At first when I saw Terry I would see him
15   quite a bit, but Zoloft takes two or three weeks,
16   and -- or in my case it did, two or three weeks
17   before the accumulated dosage keeps a steady level
18   going on.  I'm not medical, but it became apparent
19   I was able to make a full rebound from emotional
20   situations.
21        Q.   Did there come a time in 1999 when you
22   experienced some symptoms of depression, or adverse
23   physical symptoms, let me say?
24        A.   Yeah.  Towards the end of 1999, it would be
25   December-ish, it would have been -- well, at that
```

```
 1   playoffs, they earned themselves another couple of
 2   weeks, and that's the time that I really remember
 3   things being extremely difficult.  That would have
 4   gone into -- oh, this is 1999?  Pardon me for a
 5   second.  I'm losing track of the year for a second.
 6   Yeah, no, 2000.  Okay, '99.  2000, I had it right.
 7   I'm sorry.  I'm sorry.
 8        Q.   Did there come a point when you had a
 9   conversation with anyone at the school in which you
10   revealed the fact that you were suffering from
11   medical problems?
12        A.   Yes.  After a couple of times when I was
13   late, I would wake up -- okay, you asked me about a
14   conversation.  Yes.  Al Grenet asked me, he said,
15   "Mr. Howell, you are late again, what's going on?"
16             So I said, "Oh, my god, I feel
17   miserable.  It is happening.  I can't believe this,
18   Al, I don't know what's going on."
19             I don't know what your question was.
20        Q.   Who is Mr. Grenet?
21        A.   Alan Grenet was the assistant principal at
22   the time.
23        Q.   And he was here briefly this morning; is
24   that correct?
25        A.   Yes.
```

1  Q. And so he approached you and asked you
2  about your tardiness?
3  A. Yes.
4  Q. And what did you tell him in response?
5  A. I told him, "I don't know what's going on,
6  I'm very worried because I've never had this happen
7  to me like this. I think it's something to do with
8  Zoloft, because I take Zoloft, and maybe I need to
9  up the dosage." Because that had happened a couple
10 of times, I had to up the dosage. So, I said, "I
11 made an appointment with Terry Eicher." I said, "I
12 see a psychologist and I'm going to go check that
13 out, I think, but right now I don't know what's
14 happening, Alan, because I wake up and I have --
15 it's like I'm walking through a fog."
16         And he said "Why don't you call in?"
17         And I said, "Because I'm afraid of the
18 phone."
19         And he said, "It has to do with your
20 medication, I understand." And -- never mind, he
21 just left it at that.
22 Q. Was that the first time that you had
23 revealed to anyone in the administration the fact
24 that you were seeing a psychologist and taking
25 medication?

```
 1      A.   Yes.  I also told him the diabetes has got
 2   complications, and part of the complications of the
 3   diabetes is also depression, so I'm taking pills
 4   for depression, taking pills for diabetes.  I was
 5   taking pills for diabetes at the time.  That was
 6   before insulin.
 7      Q.   So, you revealed to him you were suffering
 8   from depression?
 9      A.   Yes.
10      Q.   And you also revealed to him that there
11   was, you thought, a relationship between the
12   depression and the diabetes as well?
13      A.   Yes.
14      Q.   Now, after that conversation took place,
15   did you notice a change in the way that you were
16   treated by your principal, Mr. Russell?
17      A.   Gradually.  It took me a while to notice
18   it, and eventually it became real obvious.
19      Q.   Before this experience happened to you,
20   what kind of relationship had you had with Mr.
21   Russell?
22      A.   Fantastic.  We could talk anytime.  If he
23   needed something from me, he'd just come down and
24   ask.  We could argue and have good arguments,
25   because we both knew that we were doing right for
```