1  kids, and we respected each other and where we were
2  coming from, and if he would be upset about
3  curriculum issues or any kind of issue or anything
4  going on, I could just look him in the eye and say,
5  "No, we need that for the math class. No, we need"
6  -- I'd be very vocal, and he always -- before he
7  always took that as a sign of, you know, me being
8  passionate and respect, and he never -- we never
9  bore any grudges or any kind of thing like that.
10 That changed.
11     Q.   Before this experience happened to you, had
12 you witnessed anything similar happen to another
13 teacher in the building?
14     A.   Jeanne Lovrin. Jeanne Lovrin, yes.
15     Q.   What happened to Jeanne Lovrin?
16     A.   Jeanne was a first year art teacher when I
17 was in my second year, and she was the first art
18 teacher Hyde ever had. They didn't even have an
19 art teacher. They didn't even have a room for her,
20 so they put her up on the stage and she had to make
21 do, and it was pretty tough, and at first the kids
22 did not want to paint or draw, just a massive
23 thing, they'd ask them to draw something, "I don't
24 want to do this," and, "Why do I have to take art?"
25 And they hated it.

1    But she stuck with it and learned to
2    find the kids, where they're at.  The secret of
3    great teaching, just let them know you love them
4    and find what they love, and they built this
5    wonderful relationship in the art class that was
6    amazing.  By the end of the year she would go up to
7    speak, the students would stand up and cheer, and
8    they still call her Lovie D.  They still talk about
9    her do this day.  I don't know if I --
10        Q.    What happened to her?
11        A.    She didn't return the second year.  I know
12    she wanted to -- at the end of year I was doing the
13    grades for the school and we had questions about
14    how we were going to incorporate the midterm and
15    the final exams, and we had questions about how
16    much weight do you put to the character grade, and
17    the way we decided to do it was to start -- if you
18    take a midterm and you take a final, shouldn't it
19    count for something in the grade system.  And the
20    problem was the computer only had room for in New
21    Haven a certain amount of things, and Hyde, prior,
22    had chosen to use their midterm and final as a
23    character component on their form because that's
24    all they had room for, and they had to knock
25    something out.  Trying to stay to the question,

1    that's what -- that's why I was doing all of the
2    grades. We eventually --
3           THE COURT: The question is what happened
4    to her.
5    A.    The question is what happened to Ms.
6    Lovrin. Well, as we were reviewing the grades, all
7    our kids had As and Bs and stuff, and so somewhere
8    in a conversation with John, we were talking, we
9    were talking about all of the teachers, it wasn't
10    just Jeanne, and I said "She's got all As in her
11    class."
12           And he said, "Yeah, that's interesting,"
13    and he called her in with me to talk about the
14    schedule for next year, and one of the things he
15    asked her about was how she did her grades, and she
16    said, "Do you know, I need more supplies." And
17    they got into kind of a back and forth kind of
18    thing, which I felt -- I was kind of embarrassed
19    because he ended up making her cry. She was all
20    furious about not having supplies, and he was
21    really lighting into her in front me, and I felt
22    very embarrassed.
23           And afterwards he and I were having a
24    talk about whether or not she should -- this is
25    after school had already let out, I was just there

1  to finish up the grades, should she come back for
2  next year, and he said -- and I honestly believe he
3  was weighing things back and forth, he said, "Well,
4  do you know, she does this, she does that, that's
5  good. I don't like this." You know, so we were
6  just weighing it, and like I said, he said, "Well,
7  what do you think?"
8      And I said, "John, I know how hard she
9  works, and, man, she's coming from such a tough
10 place. I mean, she's taking heavy medication for
11 her depression," which to me like it didn't seem
12 like anything, and, you know, I knew that from
13 visiting her and stuff, and I was trying to say
14 this as in like she's overcoming all these
15 difficult things and doing a great job, so, yeah,
16 invite her back despite -- I didn't have an
17 objection to the grade thing, and I was shocked
18 because he, first thing, like as soon as I said,
19 "She's taking a lot medication for depression," he
20 said, "Yeah, so who knows what that medication
21 might be making her say. Who knows what."
22     And I'd hate to do a mannerism or
23 caricature, I just remember his body language
24 (indicating). That was kind of a violent reaction.
25 That's a character flaw, there is something wrong,

```
 1   "Yeah, who knows what that medication might be
 2   making her say."
 3           And I just -- I know I'm on Zoloft, so
 4   I'm sitting there going (indicating), and I didn't
 5   say a word, and it put a little thing in my mind,
 6   I'd better not tell John about the Zoloft.  Do you
 7   know, I was -- I didn't -- I'm sure he doesn't even
 8   remember it because I didn't say a word to him
 9   about that.
10       Q.  Did she in fact come back?
11       A.  No.  John Russell hired another art
12   teacher.
13       Q.  And do you know where she's teaching now?
14       A.  Aces in Hamden.
15       Q.  So to bring us back to what happened to
16   you, you testified that after you had revealed the
17   fact that you were being treated for depression,
18   you observed a gradual change in the way you were
19   treated by Mr. Russell.  Can you describe that for
20   us, please.
21       A.  Within a couple of weeks, about two weeks
22   almost, already by February, he would call me down
23   to the office and ask me questions about things
24   that happened two years ago, or he would call me
25   down to the office and -- or he would -- no, what I
```

1   remember being most strange, was that instead of
2   coming down to see me in my room, he would send a
3   memo saying "Fill out this form for students and
4   return it to me by this date," and the date would
5   be the same day.
6           I remember -- he would pass down just,
7   you know, normal paperwork that we get, but all of
8   a sudden it had a date it had to be done by, and I
9   had to return it to him immediately.
10          So, I would be looking around doing 500
11  things going, huh?  And a lot of it was forms for
12  students to apply to programs over the summer that
13  had deadlines like a month different from when he
14  was saying he had to have it back by.  That's how
15  it started.
16      Q.  This was different from the way he had
17  handled the exact same issues previously?
18      A.  Yes.
19      Q.  And then where did it go from there?
20      A.  Well, after that I remember having a
21  difference of opinion with Allison Improta on how
22  the afternoon program should run, and Allison was
23  upset because she wanted to bring in students and
24  didn't like that I had an accountability for being
25  late to newspaper, and so she tried to get me to

```
 1   this comes back to I think the question that you
 2   asked me, which was did he do anything differently.
 3       Q.   Right.
 4       A.   Normally throughout the entire rest of my
 5   time there at Hyde, or previously, John was very
 6   supportive, and if we had an issue, especially
 7   regarding -- especially regarding accountability,
 8   he knew that I ran good strong programs and that I
 9   had good sound reasons and he was supportive, even
10   when sometimes the other staff would question what
11   I was doing.
12       Q.   As a teacher, is there always an issue when
13   you discipline a student about whether or not
14   administration is going to back you up?
15       A.   Oh, yeah.
16       Q.   That's part of what it is to be a teacher
17   in the school system, right?
18       A.   Yeah, that's why we loved John Russell so
19   much.
20       Q.   Why did you love him so much in that
21   regard?
22       A.   He was very supportive until the Alan
23   Grenet conversation where I slowly realized it's
24   completely the other way around.  Every single time
25   there is an opportunity, he's coming at me like I'm
```

```
 1   doing something different, or "bizarre" was his
 2   words, "that's bizarre."
 3         And I'm going, "It's the same thing I
 4   always did."
 5         So, for example I had in my first year a
 6   student yelling at me on the bus, she's on the
 7   soccer bus, and so she came in, "I'm going to tell
 8   my mommy because you yelled at me."  Well, I'm a
 9   coach, and that was -- John called me down when the
10   parent was there and the student was there, and I
11   was thinking, what's going to happen?  And instead
12   he just lit into the parent, lit into the kid,
13   said, "You do not yell at my teachers," and the
14   student ended up getting suspended, and, you know,
15   he was very supportive in those kinds of ways prior
16   to Alan Grenet.
17   Q.    And then in this instance where you had the
18   kids run the laps before they could come in late
19   and the teacher objected --
20   A.    Yes.
21   Q.    -- what did he do to you?
22   A.    It seemed like I couldn't do anything
23   right, and all I wanted to do was agree and say,
24   "Do you know, having had the time now to think
25   about it, Allison," and I did say this, "having had
```

1       I said, "I can talk to him about it."

2       And so they said, "Do you want us to put

3  him in work crew?

4       I said, "No, no, no need for that, I'll

5  talk to him."  So, I got the newspaper going and

6  they set themselves up and they kept doing what

7  they were doing, and Jimmy was the dispatcher, he

8  knew how to do it, he was one of the kids out

9  there.  So while they're doing that, I bring in

10 Terry, and when I needed to, I brought in Jimmy and

11 John, and talked about what happened.

12      And he said, "You grabbed my arm, you

13 grabbed my arm."

14      I said, "Terry, I took your arm.  I'm

15 sorry.  Sorry, I took your arm, Terry.  Do you

16 understand that, Terry, I love you, you are a great

17 kid.  You are fantastic, Terry.  If you think about

18 it, if you weren't talking when you weren't

19 supposed to be talking, we wouldn't even have gone

20 through any of this, Terry."

21      So, that ended up taking 48 minutes

22 plus.  That's the kind of thing we do.

23      Well, you asked me about John Russell

24 and, normally speaking, John would understand and

25 support that and have no issues with it.  Instead,

```
 1   he told me, he said, "What happened with Terry
 2   Bowden?  He said, "What happened with Terry Bowden?
 3   I told him, and he said, "Oh, okay.  That's
 4   bizarre.  That's bizarre."
 5           And I'm like, "That's normal."
 6           And he said, "Well, I'll take care of
 7   it."  And that was it, that's all he said at the
 8   time, "I'll take care of it."  But then I got a
 9   memo that is put in my personnel file, which I
10   didn't see, he just said -- he would come back
11   later and say, "Do you know, I'm thinking about
12   writing you up for that, for being violent.  I'm
13   thinking about writing you up."
14           I said, "What?"  I said, "John, students
15   get under your skin all the time.  He got under my
16   skin.  People here grab students and throw them up
17   against the locker sometimes."  Not me, Coach
18   Raccio, Gary, that stuff.
19           MS. KRAMER: Objection, your Honor.
20           THE COURT: Wait, is he talking from
21   personnel knowledge?
22           Do you have personal knowledge of that?
23           THE WITNESS: In one instance --
24           THE COURT: I'll ask you to focus the
25   questions a little bit more.
```

1  Q.  That's what you said to Mr. Russell?  That
2  was a statement you made to Mr. Russell when he
3  said he was going to write you up for putting your
4  hand on the kid's arm?
5  A.  Yes.
6  Q.  So, you said that to him, and go ahead.
7  A.  I said, "If you want, but that makes no
8  sense to me."  It was very clear to me that it
9  wasn't the same John Russell I was dealing with.
10  Q.  Let me go back.  You said that there was
11  one instance you had personal knowledge of where
12  somebody in authority at the school had gotten a
13  little bit physical with one of the students.
14  A.  Yeah, Gary and Paul in my first year there
15  said "Oh, yeah, let me show you, Mr. Howell.  You
16  don't understand, this is Hyde, we can do stuff
17  that other people can't.  Let me show you."  And
18  they went up and took a kid from the football team
19  and said, "Have you done all of your homework?"
20          And he was, "I don't know, I think so."
21          "You don't know?" And he took him up
22  against the wall and started hitting him and said,
23  "See, we can do stuff here."
24          And I said, "Strange school I got into,"
25  but --

1  confronting is every time you see an attitude like
2  that, you do address it directly to a student.
3  That's very different at Hyde, and it's one of the
4  things that makes it unique.
5    Q.  So, this instance where Mr. Russell told
6  you he was going to write you up for putting your
7  hand on the student's arm, was that different from
8  his previous reactions to things of that kind?
9    A.  I had never, never in my wildest dreams
10 imagined that he would write things up.  I didn't
11 even know that existed, that you could write up a
12 teacher.  I was like, "What?  Never heard of that."
13 I'm not trying to be very naive, it's just not the
14 way he did it.  You could always talk, always
15 relate, and communicating via memo wasn't something
16 that he did.  It was something we liked very much
17 about him, we would just talk and understand
18 things.
19   Q.  This was a change that occurred after you
20 revealed the fact you were on --
21   A.  Oh, yeah.
22   Q.  You mentioned the use of the word
23 "bizarre," and you gave us a quote in the Terry
24 Bowden instance where Mr. Russell had used the word
25 "bizarre."  Had he used the word "bizarre" on other

occasions in speaking with you?

A. Yeah, several times afterwards he called me down to the office to tell me that -- well, he didn't tell me yet, he said, "Did you bring cookies into Ms. Buckley's room for a student?"

And I said, "Yes."

And he said, "Why? Do you know, you have this thing about not going into other teachers' rooms and now all of a sudden you are doing that. That's bizarre. What's going on with you? Is there something wrong?" Something to that nature. It's not a direct quote, but the word "bizarre" I remember.

Q. Tell us about this instance you took cookies to a student. What was that about?

A. They won the raffle that week and I didn't have the money to buy the cookies, so I had to go -- it was pay day, thank heaven. So I went to the ATM and got the cookies. I do this every single week on Friday, and I felt miserable because I didn't have them, you know, when we were giving them out.

As I came back into the building with the cookies in my hand, I could see the student was sitting right there. Ms. Buckley's is the first

```
 1   required, you had to be happy for the cookie
 2   winner, and they would get a box of cookies,
 3   chocolate chips, because I was asking, "What's a
 4   good incentive?" And they all said food was, and,
 5   "What is a food that's an incentive I could
 6   afford?" And it was cookies.
 7       Q.   On this particular day you didn't have the
 8   money to get the cookies, so the student won the
 9   raffle, you didn't have the cookies, you then went
10   out to the ATM, got the money, got the cookies,
11   came in and gave them to them and Mr. Russell said
12   that's bizarre?
13       A.   Yeah. He said, "Ariana is very concerned
14   about you. She's very concerned about your
15   health," and I sat there stone faced. If she is,
16   she isn't saying it to me.
17       Q.   That's Ms. Buckley?
18       A.   Yes. And he said, you know, "Al Grenet
19   told me about" -- I'm sorry, I'm not trying do a
20   caricature. "Al Grenet told me about your problems
21   with your medication and I'm just concerned. I'm
22   doing this out of concern, but you are acting very
23   bizarre. You never go into another teacher's
24   room." And I'm sitting there going (indicting). I
25   was speechless. I couldn't --
```