# EXHIBIT B

```
           UNITED STATES DISTRICT COURT

              DISTRICT OF CONNECTICUT


    *    *    *    *    *    *    *

D. CLARK HOWELL                    *

              Plaintiff,    *    Case No 02cv736(JBA)

         VS.                       *

NEW HAVEN BOARD OF EDUCATION  *  NOVEMBER 30, 2004

              Defendant     *

    *    *    *    *    *    *    *    *


    TRANSCRIPT OF THE TESTIMONY OF D. CLARK HOWELL

                    VOLUME II


B E F O R E:

         THE HON. JANET BOND ARTERTON, U.S.D.J.


APPEARANCES:

         FOR THE PLAINTIFF:
         WILLIAMS & PATTIS
         51 Elm Street
         New Haven, CT.  06510
         BY:  JOHN WILLIAMS, ESQ.


         FOR THE DEFENDANT:
         CORPORATION COUNSEL
         157 Church Street
         New Haven, CT 06510
         BY:  AUDREY KRAMER, ESQ.
                        Sharon Montini
                     Official Court ReporterMR.
```

1   A.   Yes. He said when he was -- he got to the
2   part where he is doing what he liked, he said a
3   couple of things he liked, and I don't remember,
4   and he also said, "I like spending time with my new
5   wife," and I -- and again the same as if it was
6   Gary, the same oohs and ahhs throughout the
7   building.
8   Q.   And it came your turn?
9   A.   Yes.
10  Q.   And what did you say?
11  A.   "My name is Clark Howell, I'm" however old
12  I was then, I'm 41 now, I could figure it out, I'm
13  a math teacher, it's 37 I guess, "My name is Clark
14  Howell, I'm 37, I teach math here at Hyde, I'm
15  going into my fifth year. I like playing guitar
16  and spending time with Mr. Sagnella's wife." I --
17  Q.   Well, no, I wanted to ask you why did you
18  say that?
19  A.   Because I don't have a wife, so I was so
20  humble. In other words, I'm such a dirt low-life
21  person, I'm such a humble person or such an
22  unlovable person, or whatever I am, that I don't
23  have a wife, so I even have to borrow somebody's.
24  Q.   That's what you had in mind?
25  A.   Yeah, there was -- the joke was on me. In

```
 1  other words, I don't have a family, so I -- you
 2  know.
 3      Q.  I take it that this did not go over as you
 4  had hoped?
 5      A.  No.  Oops.  Dah.  I'm sorry.
 6      Q.  So, what happened?  What was the reaction?
 7      A.  Well, they laughed because -- they laughed,
 8  and poor Chris turned bright purple, and I had to
 9  look, and, oh, of course, of course everyone is
10  going to -- oh, my gosh.  A lot of people were
11  laughing.  Some of the single staff knew what I
12  know, which is that if you are single and every
13  year you listened to them talking about -- and at
14  Hyde we talk about our families all the time, the
15  kids ask you, "Why aren't you married, Mr. Howell?"
16  It's, "Why aren't you married, Mr. Howell?"  It's
17  kind of like my mom, "Why aren't you married yet?"
18  And you get tired of it, after a while you get
19  really tired of it, and you take it personal, "Good
20  grief, enough of this family stuff, leave me
21  alone," sometimes, "I'm single and deal with it."
22          So, some of the staff who were in the
23  same boat as I was thought it was hilarious and
24  were laughing, too, but I felt bad because right
25  away I saw Chris, and the kids are laughing, and I
```

```
 1    thought, "Oh, my God he's mad." Oops.
 2        Q.    So what did you do?
 3        A.    I was already out from under the basket, so
 4    one or two other teachers had to go, but I knew I
 5    was going to speak very shortly because we had
 6    assignments we were going to speak about, and so as
 7    soon as my turn came for assignments, I came out
 8    and I said, "Well, I'm going to tell you a few
 9    things, but before I even start, let me begin by,"
10    and Chris was sitting kind of near the front row,
11    and I looked at Chris, and I looked at everybody,
12    "and let me make sure I'm standing underneath the
13    basketball," this is where, if a student is
14    apologizing to the community for anything, that's
15    where they will stand, "so let me make sure I'm
16    standing under the basketball, and before I even
17    start, let me just say I want to say that I have
18    nothing but the utmost respect for Chris Sagnella,
19    and your wife and your marriage, and I wish you all
20    the best because you are super to me and I really,
21    really apologize. I'm sorry, Chris. You know, I
22    love you."
23            And I could see it, his whole body kind
24    of just went into relax, and he smiled and he sat
25    back and kind of everybody went, yeah, yeah, you
```

1  know, and then I went on and told them about what
2  it was that I had to tell them about.  I think we
3  had to explain how the lunch schedule worked, and
4  that was my responsibility.  So -- but I made sure
5  to let them know, like that.
6      Q.   Now, what came of that?
7      A.   After the assembly I -- you know, I went up
8  to Chris after, and I said, "My God, I'm sorry."
9  And he said, "No problem, I understand, you already
10 said it, you already apologized."  So, as far as I
11 knew that was --
12     Q.   Okay.  And then it came back at you?
13     A.   Yes.
14     Q.   When and under what circumstances?
15     A.   About a week later I got a note that said,
16 "See John Russell third period."  So, third period
17 would be my prep.  So, I went down and John said,
18 "I'm very concerned about you, I'm very concerned
19 about your behaviors."  And again, "I can't trust
20 what you are saying, and we have a big problem here
21 because a staff member called downtown about that
22 introduction with Mr. Sagnella, and I don't know
23 where that was coming from, but that was very
24 inappropriate," and so --
25     Q.   Mr. Russell had been there at the time, had

```
 1   he not?
 2       A.   Yes.
 3       Q.   And he didn't say anything to you about it
 4   that day?
 5       A.   Not on that day.
 6       Q.   Okay, continue.
 7       A.   And so then a discussion ensued about,
 8   well, yeah, dumb, or the joke was misunderstood,
 9   yes.  Inappropriate?  I don't know if I would use
10   the word "inappropriate," and I don't think this
11   fits any kind of -- he was saying, "Pattern, this
12   is a pattern, this is a pattern I've seen and I am
13   going to ask you to speak to the superintendent
14   about it," like that.
15       Q.   Okay, and what was your response to that?
16       A.   I was crushed.  If I would let John Russell
17   down I would have felt miserable, and I had the
18   sense that I had somehow let him down.  I was
19   confused because it seemed to me that the matter
20   was over and that I had demonstrated what I felt
21   was character, and I believe I explained that
22   because being a character school doesn't mean you
23   are perfect, it means you are able to look at
24   yourself and be accountable for your own actions,
25   and I felt by taking my own initiative to apologize
```

```
 1   underneath the basket, that this was what a
 2   character school was about, not about whether you
 3   are perfect.  I mean, it's hard to be in a
 4   character school for five years and be perfect, but
 5   it's how you face your actions that determines your
 6   character.
 7             But he kept on saying, "No, it's
 8   inappropriate."  And I raised a lot of things that
 9   seemed confusing to me.  If you were going to say
10   that was inappropriate, I raised a lot of issues
11   that I had witnessed that I couldn't figure out how
12   those could be appropriate and the whole Mr.
13   Sagnella comment, while stupid, was inappropriate.
14             I wanted to get a clarification on
15   inappropriate from him.  I said, "Well, can you do
16   me a favor and define inappropriate because I don't
17   understand, it seems to me like what Thelma Johnson
18   said at graduation ceremony at the end of the year
19   before," which was technically, if this was the
20   first day of school this year, she was at the last
21   day of school last year, so technically, not
22   counting freshman orientation, this is one day of
23   school, I knew we had the whole summer, but the
24   first day of the year is the next day, and "what
25   Thelma Johnson said at graduation" --
```

1              MS. KRAMER: Objection, your Honor, it's
2     certainly hearsay.
3              MR. WILLIAMS: He's quoting himself.
4              MS. KRAMER: No, he's going to say what
5     Thelma Johnson said.
6              THE COURT: Can we could go back to the
7     question, please.
8              MR. WILLIAMS: I'm asking Mr. Howell to
9     tell us what he told --
10             THE COURT: It wasn't clear that was what
11    he was telling Mr. Russell or that was the reason
12    he was telling Mr. Russell.
13        Q.   Why were you discussing the Thelma Johnson
14    incident with Mr. Russell?
15        A.   Because I wanted him to clarify for me in a
16    way I could understand and actually live by
17    inappropriate.  I wanted to not disappoint John
18    Russell.
19        Q.   All right, and I want to sort of focus this
20    a little bit.  The Thelma Johnson issue was one
21    issue that you mentioned to him saying how can what
22    I said be inappropriate and what she said not be
23    subject to criticism?
24        A.   Yes.
25        Q.   All right.  And did you point out any other

```
 1   examples to him as well?
 2       A.   Things that he said.  Things that he said
 3   that as a teacher, who was kind of getting a lot of
 4   clues from how John Russell handled situations,
 5   that confused me a bit, but I figured if John
 6   Russell is saying it, it must be the thing to do.
 7   So, it seemed to me inconsistent to say that it was
 8   inappropriate in light of the things that I was
 9   just catching clues from him about.  So, I asked
10   him about three different things I remember him
11   saying, and that was part of the discussion about
12   inappropriate.
13       Q.   So, we've got the Thelma Johnson issue,
14   you've got three things that he had said, and you
15   mentioned all four of these items to him and said
16   words to the effect of "How can that be okay and
17   what I said be considered inappropriate as
18   distinguished from just dumb"?
19       A.   Yes.
20       Q.   Were there any other instances that you
21   mentioned to him?
22       A.   That I recall, that's what I --
23       Q.   All right.  Now, of those four things that
24   you mentioned to him, what did you say to him?
25   Quote what Thelma Johnson had said.  First of all,
```

1  let me ask you a preliminary question. Who was
2  Thelma Johnson?
3      A.  She was the person who came to check on our
4  magnet program. She was an administrator from the
5  main office that would come visit the school every
6  couple of years just to see what we were doing with
7  our magnet and maybe help us out with integrating
8  what we do with New Haven standards.
9      Q.  So, she is actually an administrator with
10 the New Haven Board of Education, or she was in
11 2000?
12     A.  Yes.
13     Q.  Working out of Superintendent Mayo's
14 office?
15     A.  Yes.
16     Q.  And she was like your graduation speaker?
17     A.  Yes, she was the keynote speaker at the
18 graduation.
19     Q.  Who invited her to be the keynote speaker;
20 if you know?
21     A.  All I can tell you is who I believe. I
22 don't know.
23         MS. KRAMER: Objection.
24     Q.  In any event, then, I don't want to know.
25     A.  Okay.

```
 1      Q.    But she was in fact the chief speaker at
 2   the graduation?
 3      A.    Yes.
 4      Q.    And Mr. Russell was there?
 5      A.    Yes, he introduced her with a very lengthy
 6   list of qualifications.
 7      Q.    Was Superintendent Mayo there?
 8      A.    I don't remember.
 9      Q.    What was it that she said that you
10   mentioned to Mr. Russell that you didn't see how
11   that could be okay and what you said wasn't?
12              MS. KRAMER: Objection, your Honor.
13              THE COURT: Basis?
14              MS. KRAMER: Hearsay.
15              THE COURT: It's not hearsay.  I'm going
16   to overrule the objection, but I am going to limit
17   -- or give the jury a limiting instruction.  This
18   is being offered for what he said to Mr. Russell,
19   not for the truth of what he said.  All right, so
20   it's the fact that he said this to Mr. Russell that
21   is the limited purpose of that evidence.  Okay.
22      Q.    What was that that she said?
23      A.    The F word.  The four letter F word.
24      Q.    I know that we're in a court of law and I
25   know that you are not the sort of person who is
```

```
 1   that kind of a speaker, but I want you to quote
 2   what she said to the students.
 3            MS. KRAMER: Objection, your Honor.
 4            THE COURT: Basis?
 5            MS. KRAMER: What he's saying is he wants
 6   him to quote what she said, not what he said to
 7   John Russell.
 8            MR. WILLIAMS: He's already testified
 9   John Russell was there when she said it.
10            THE COURT: This is, again, the fact of
11   the speech, not the truth of its contents.
12            MR. WILLIAMS: Correct, your Honor.
13            THE COURT: I'm going to permit the
14   testimony.
15      Q.   Go ahead.
16            THE COURT: So the question is what did
17   Thelma Johnson say at the graduation.
18      A.   "Fuck you," directly to the audience, and
19   that's when I sat up, and she leaned in the
20   microphone and said, because the audience was like
21   (indicating).
22      Q.   Continue.
23      A.   And so she leaned into the microphone and
24   said, "That's right, I'm going to say it again,
25   too, fuck you."
```

1  Q.  Did she then go on and explain why she was
2  using that language?
3  A.  Yes.
4  Q.  Okay, and so you confronted Mr. Russell
5  with the fact that how come it's okay for a speaker
6  from Mayo's office to come and stand up in front of
7  these kids and their families and say that in a
8  graduation, but not for me to make that comment
9  about Sagnella and his wife?
10  A.  Absolutely.  I didn't think it was very
11  consistent.
12  Q.  Now --
13  A.  Okay.
14  Q.  You said that you also pointed out to Mr.
15  Russell three things that he had said.
16  A.  Yes.
17  Q.  Were those things said in the presence of
18  students?
19  A.  Yes.  One of them was.  Let me remember the
20  others.  Yes.
21  Q.  Okay, what were those three things that you
22  confronted him with?
23  A.  Cory Jenkins had said the F word in the
24  hallway and gotten suspended for it.  So, we were
25  -- all the students were waiting to come out of the