| | | |
|---|---|---|
| 1 | Q. | And did you in fact start teaching there? |
| 2 | A. | Almost immediately. |
| 3 | Q. | And have you been teaching there ever |
| 4 | since? | |
| 5 | A. | Yes. |
| 6 | Q. | What has been -- strike that.  Has there |
| 7 | been a financial impact on you caused by your | |
| 8 | involuntary transfer to the Co-Op High School? | |
| 9 | A. | Absolutely. |
| 10 | Q. | And what has that financial impact been? |
| 11 | A. | In addition to the loss of the stipend, the |

12  immediate loss of the stipend, at that time coming
13  at the start of the year, very unexpectedly, meant
14  that there was no way I could meet the budget I had
15  already set up for the year.  I had about one more
16  year left on my car payment.  I had already, you
17  know, signed the lease for the apartment that was
18  very close to Hyde School.  Any other -- I had
19  whatever credit card bills.
20        And the first -- when I lost that money
21  immediately that they took out that we were just
22  discussing, I had to find some way to pay all kinds
23  of things, and I had the last bit of my credit
24  cards that would work, and I needed that, so I ran
25  up a credit card that took me another three years

1  week or two weeks until my next paycheck, and then
2  I can't tell you how many times the choice was
3  between food or picking up my $10 copay and paying
4  for the $10 to get the prescriptions renewed. That
5  took a while, but eventually I was able to chew my
6  budget, get a different apartment.
7           I had to move again. I was very, very
8  lucky that my parents needed someone to watch the
9  house all of a sudden in the transition between
10 going to Maine again later on, and I really didn't
11 want to have to have that responsibility of
12 watching the house, but I was able to stay there
13 rent free for several months. That allowed me to
14 get back on foot to just now be able to -- you
15 know, I can make a budget now responsibly knowing
16 what I'm going to make.
17      Q.  The differential between what you were
18 making at Hyde and what you began making once you
19 were involuntarily transferred to Co-Op was how
20 much per year?
21      A.  The amount of the stipend, which increases
22 each year, but in round numbers is about 10,000. I
23 think it's more than that now, but at the time it
24 was 10,000.
25      Q.  All right, it was 10,000 when it happened?

1  A. Yes.

2  Q. You heard the testimony of President Lucan,
3  it's now up to $13,000?

4  A. Yes.

5  Q. All right, I'm going to show you
6  Plaintiff's Exhibit 1 for identification, ask you
7  if you can tell us what this is.

8  A. This is my personnel files that are on file
9  downtown at Gateway, but I'd have to -- yes, this
10 is my personnel files.

11 Q. All right, and you obtained these copies?

12 A. In October of 2000.

13 Q. Now, there are -- these included some of
14 the addenda that you had given to Ms. Wilder
15 afterwards, after you got the first set of copies;
16 is that right?

17 A. Yes. I don't know, actually.

18 Q. Well, let me see if I can find something I
19 want to direct your attention to. There are a few
20 items in here that are dated as late as a year
21 later. Can you -- although stamped in from the
22 Board of Education. Was this an updated copy that
23 was obtained in anticipation of this litigation?

24 A. Yes.

25 MR. WILLIAMS: I'll offer it, your Honor.

1   A.   No, it was based on what I remembered while
2   I was writing the letter to Pat Lucan.
3   Q.   And as of September 2nd, 2000 you didn't
4   remember telling Alan Grenet about your depression?
5   A.   I don't remember what I remembered on
6   September 2nd.
7   Q.   But would looking at this refresh your
8   recollection as to what you told Pat Lucan?
9   A.   What I told her and what I wrote, we had a
10  lot of conversations and that was just one of them,
11  and we spoke about it. You might -- okay.
12  Q.   Back in September 2nd, which was in the
13  year 2000, when you would have had the conversation
14  with Alan Grenet, you didn't tell Pat Lucan that
15  you had told him about your depression; is that
16  correct?
17  A.   That's September, and I had the
18  conversation with Alan Grenet in January.
19  Q.   Okay. Did you ever tell Mr. Russell of
20  your medical problems?
21  A.   Yes.
22  Q.   And do you recall when that was?
23  A.   After he asked me about the employee
24  assistance program.
25  Q.   So that was in --

1  A.   Right after the meeting with myself, John
2  Russell, Allison Improta and John Waselik.
3  Q.   And do you recall when that was?
4  A.   It was in the first week of April.
5  Q.   It was in the first week of April. Now,
6  the document we had submitted earlier, do you
7  recall when Mr. Russell asked you about the EAP?
8  A.   Asked me?
9  Q.   Yes, when he informed you that he would
10 like you to take advantage of EAP?
11 A.   Yes, it was after everyone left from the
12 meeting and it was just him and myself. After
13 Allison and John had left.
14 Q.   Now, we entered into evidence Plaintiff's
15 Exhibit 20, and it says, "Pursuant to our
16 conversation on 5/1," it talks about the EAP
17 program. Do you have any objection to that time
18 frame?
19 A.   Yes.
20 Q.   Now, you say it was not on 5/1 he told you
21 about the EAP?
22 A.   I know very well when he mentioned EAP.
23 Q.   But it's not the 5/1 date?
24 A.   No, that's an inaccurate date.
25 Q.   When was the date?

1    A.   It would have to be the first week of April
2  because that's when we had the discussion, the
3  three or four of us, and then after they left,
4  that's when he had talked to me about employee
5  assistance.
6    Q.   Okay, and what did you relay your problems
7  were to Mr. Russell?
8    A.   Well, I -- when he said "employee
9  assistance," I said, "John, I already see a
10 therapist." I didn't want to go to employee
11 assistance if I was already seeing a therapist.  He
12 said, "It's okay, you can tell me because Al Grenet
13 already told me what you said." So, I knew what I
14 said to Al Grenet.
15   Q.   But you don't know what you said to Alan
16 Grenet as you sit here today?
17   A.   Yes, I do.
18   Q.   Well, you didn't know in September what you
19 said to Alan Grenet.
20   A.   I had a lot of reservations in September
21 about what I would say to Pat Lucan, in
22 conversations, whether I could lay it all out.
23   Q.   Okay.  Now, did John Russell ever express
24 concerns for your health?
25   A.   Yes.

```
 1    Q.    And when was that?
 2    A.    It seemed to me that they accelerated quite
 3  a bit in that March and April time frame, and that
 4  then his focus was on mental health.
 5    Q.    I'm just saying, did he ever express
 6  concerns about your health?
 7    A.    Yes.
 8    Q.    And did he say, "I have concerns about your
 9  mental health."
10    A.    That was the insinuations.
11    Q.    No, did he say, "I have concerns about your
12  mental health"?  Not insinuation, what did he say
13  to you?
14    A.    When?  There were several conversations.
15  Could you --
16    Q.    Well, the first time you said he expressed
17  concerns about your health, did he always express
18  concerns about your health?  Not mental health.
19    A.    That is correct.
20    Q.    Okay, so there was no expression of
21  concerns about your mental health when he asked
22  about your health?
23    A.    That's not correct.
24    Q.    Well, you just testified when he asked
25  about your health he didn't ask about your mental
```

1  Thomas?

2  A. Did I make the comment?

3  Q. Did you make a comment in 1999 about Jarel

4  Thomas?

5  A. Jarel Thomas? The students made the

6  comment, and I said, "That's enough about Jarel."

7  Q. You never said anything about Jamal and

8  Jurel in front of your students?

9  A. That is correct. I mean, I said, "That's

10 enough about Jarel," and that's in front of

11 students, if that answers your question.

12         MS. KRAMER: If I may have a moment, your

13 Honor. I'm sorry.

14 Q. I'm going to show you a letter dated

15 September 25th to Pat. Did you write that letter?

16         MR. WILLIAMS: Can I see a copy?

17 A. Yes, I did.

18 Q. And in that did you tell --

19         MR. WILLIAMS: Objection, unless it's in

20 evidence.

21         MS. KRAMER: Okay.

22 Q. Now, you stated that you never made a

23 comment of a sexual nature in front of students.

24 A. Can you give me the bullet and I'll find

25 it.

1   Q.   Look to the fourth bullet.
2   A.   That's correct.
3   Q.   Okay. And does that refresh your
4   recollection that you told Pat Lucan that you made
5   a comment of a sexual nature in front of students?
6   A.   This is semantics, I think, because I
7   didn't make the sexual comment, I just said,
8   "That's enough about Jarel."
9   Q.   You never said -- you never told a student
10  to blow it off like Jamal did to Jurel?
11  A.   That is correct, I never made that
12  statement.
13  Q.   Do you know who said that?
14  A.   Keshan Hooks (phonetic spelling).
15  Q.   Did you admit to John Russell that you had
16  made that statement?
17  A.   I explained exactly what happened.
18  Q.   And what did you explain had happened?
19  A.   That Keshan and Aneudys were making fun of
20  Jurel and they were laughing, and I was still
21  setting up class and stuff, and it was just -- it
22  was student banter back and forth, they were
23  discussing the situation, and then I had to check
24  the homework, and they were still settling in, and
25  Kashan hadn't done his homework, and I said,

now. It was a middle school with an extended day kind of program similar to Hyde. I interviewed there, and I also interviewed at one other, Boces (phonetic spelling). I say Boces, that's a New York type vo-tech. That's it.

Q. Okay, and did you receive a job offer?

A. Yes, every place wanted to hire me.

Q. What places wanted to hire you?

A. All of them. The three that I mentioned.

Q. Okay, can you refresh my recollection which was the first one?

A. Emmett O'Brien.

Q. Okay.

A. Another vo-tech, and I can't remember the name of the school, and I wish -- it's on the tip of my tongue. I'm going to remember it. The elementary -- not elementary, the middle school.

Q. And did --

A. Wintergreen. Wintergreen. I'm sorry, thank you.

Q. Wintergreen Magnet?

A. Yes.

Q. And what happened with the job at Emmett O'Brien? You obviously didn't take it.

A. I didn't take any of those.

1   Q.   And why didn't you take the job at them?
2   A.   There is a lot of reasons. I had to weigh
3   that. There is a lot, and I don't know if you want
4   to hear the whole thing. I guess I could bullet
5   and get the gist of it. The single biggest one is
6   if I leave New Haven, then the terrorists win. No
7   one would be happier to see me go than the same
8   people who are in administration that claim to put
9   kids first, and the people that would pay the
10  penalty for me leaving would be the students in my
11  class, and I would feel like I was running away
12  from them.
13          I would feel like, well, in the long run
14  of things, and I've had many, many, many very
15  painful discussions about it, I know in my heart
16  what happened, and I know that the way it happened
17  wasn't right, that the way I was transferred wasn't
18  right, and that if there is any justice in the
19  world, that I would still be in New Haven and the
20  administration would be the ones to leave, not me.
21  Q.   What was the pay that was offered at Emmett
22  O'Brien?
23  A.   They never talked about pay.
24  Q.   Was there a pay at vo-tech, the other
25  vo-tech school?

1   A.   Never came up.

2   Q.   How about Wintergreen?

3   A.   Wintergreen it came up. I believe I would
4   have started at 46,000. That's the number that I
5   remember.

6   Q.   And what were you making -- what had you
7   made for the school year of 1999/2000 when you were
8   at Hyde?

9   A.   I remember it was in the 40s. That's all I
10  remember. I know it's above 40 if you include the
11  stipend and the extra duties.

12  Q.   And what is your current salary at Co-Op?

13  A.   It's currently about 40. I think it's
14  exactly 40,000. I'm not exactly sure. I can look
15  it up.

16  Q.   What was it in 2001 when you received the
17  job offer from Wintergreen Magnet School?

18  A.   In the 30s. Maybe 35.

19  Q.   So, the job at Wintergreen Magnet School
20  would have brought you back to your Hyde level?

21  A.   That is correct.

22  Q.   And you turned that job down?

23  A.   Absolutely, yes.

24  Q.   Was there any other jobs you turned down?

25  A.   Not that I recall at this exact moment.

realize, you know, that there are other options and things could happen that could be very good for you."

And I said "If I'm not at Hyde, I lost my family. If I'm not" -- I'm sorry, I'm going to cry.

THE COURT: Let's take a brief recess. We'll take a brief recess, ladies and gentlemen.

(Jury exited the courtroom.)

THE COURT: All right, you can take care of yourself. We'll discuss this exhibit, this Exhibit R for identification, which is Pat Lucan's letter to Starlet Wilder cc'd to the plaintiff, among others.

MS. KRAMER: Your Honor, I brought it up, I think it's for -- you know, I brought it up because there has been a lot of discussion from the plaintiff about getting the personnel file, and it's rebuttal. I mean, I have objected -- I objected in the exhibits, and I've objected when the plaintiff tried to talk about getting the file, and this is rebuttal to the fact that he said that he requested the file yet didn't get it until after his hearing.

THE COURT: Why can't you just ask him

|   |   |
|---|---|
| 1 | You know, like that. Just one of those. |
| 2 | And he never asked me or followed up on any of that |
| 3 | stuff. It was just a statement, a figure of |
| 4 | speech. |
| 5 | Q. He and your dad know each other? |
| 6 | A. Oh, yeah. |
| 7 | Q. Known each other for years? |
| 8 | A. For years. |
| 9 | Q. So, he would know that that wasn't a |
| 10 | serious comment? |
| 11 | MS. KRAMER: Objection, your Honor. |
| 12 | THE COURT: Sustained. |
| 13 | Q. Did he ever -- Mr. Waselik ever give you |
| 14 | any indication he thought literally your father was |
| 15 | going to go out and -- |
| 16 | A. Not at all. |
| 17 | Q. One last thing. You were asked questions |
| 18 | about the Wintergreen Magnet School. That was the |
| 19 | one position where you knew what the rate of pay |
| 20 | would be and you were made an offer and you turned |
| 21 | it down? |
| 22 | A. Yes. |
| 23 | Q. Would you tell us why? |
| 24 | A. The offer made it attractive, so I had a |
| 25 | lot to weigh, but then they asked me if I would |

1   take the job. I said first I would like to see the
2   contract and they said, "Oh, we don't have a
3   contract." And at this point -- by this time I met
4   Pat Lucan and I was well aware that a contract does
5   have something to do with your job position. And I
6   said that that kind of irks me, I don't know if I'm
7   ready to take a job if you don't have a contract.
8           And they said "We're printing one up,
9   you will get one eventually, do you want the job or
10  not?"
11          And I said, "This is odd." I said, "I'm
12  not prepared to accept any job without being able
13  to read any contract."
14          They said, "We think we can get you
15  one," and before they could, they called me back up
16  and said, "Do you know, it's kind of the end of the
17  school year for next year," and they said, "if you
18  would be taking the job, you'd be these kids'
19  teacher, why don't you come down to the school and
20  meet the kids."
21          So, I did that right away. I said these
22  kids are really little. They're very -- this is
23  not high school at all. A calculus program
24  probably isn't going to happen when they only go up
25  to 8th grade. So, you know, that's okay, I like

1  kids, maybe I can like this job.
2          So, one thing was nice, it's air
3  conditioned and there is carpets and it's clear
4  they are putting kids first there.  Material for
5  your classroom, never an issue.  I asked about if I
6  need this for my classroom, how would I get it?
7  "You fill out this form and you get it next week,"
8  and, "Look at all of the stuff I've done."
9          Well, why didn't I take it?  Because I
10 taught the class for a day and the group was very
11 different. More importantly, I talked to all of the
12 teachers there, and I was replacing a teacher who
13 was leaving, and every teacher that I met that day,
14 I'd say, "Hey, how are you doing?"  I said, "Okay,
15 so I might be working with you next year."
16         And they said, "No, I'm leaving."  Okay,
17 and I met 10 teachers, every single one said, "No,
18 I'm leaving."  No contract and everyone I met is
19 leaving?  Alarm bells were going off big time.
20 There was a lot to weigh, pros and cons.  When it
21 all came down to it, I didn't have any kind of
22 comfort level that's where I wanted to be.
23    Q.   This Wintergreen, is that part of the New
24 Haven school system?
25    A.   No, it's part of Aces, which is a