UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

D. CLARK HOWELL

    v.                                              Civil No. 3:02cv736 (JBA)

NEW HAVEN BOARD OF
EDUCATION

## AMENDED
## J U D G M E N T

      This matter came on for consideration on plaintiff's motion for award of attorney fees and expenses and defendant's motion for judgment as a matter of law, remittitur or in the alternative a new trial before the Honorable Janet Bond Arterton, United States District Judge.

      On September 9, 2005, a ruling entered granting with modification plaintiff's motion for attorneys fees and costs in the amount of $29,043.35. The Court awards front pay damages in the amount of $47,134.60, the jury's award of compensatory damages in the amount of $40,000.00, and compensatory damages for emotional distress in the amount of $200,000.00 for a total amended judgment of $316,177.95. Defendant's motion for judgment as a matter of law , remittitur or new trial is denied.

      Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is amended to reflect a total award of $316,177.95 for compensatory damages and attorneys fees and costs.

      Dated at New Haven, Connecticut this 9th day of September, 2005.

                                                      KEVIN F. ROWE,  Clerk

                                                    _____/s/_____
                                                      By: Betty J. Torday
                                                         Deputy Clerk

EOD:_____