UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| D. CLARK HOWELL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No. 3:02cv736 (JBA) |
| | ) |
| NEW HAVEN BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) OCTOBER 3, 2005 |

## DEFENDANT'S MOTION TO EXTEND TIME TO APPEAL

Pursuant to Rule 4(a)(5)(A)(i) of the Federal Rules of Appellate Procedure ("F.R.A.P."), the defendant, New Haven Board of Education ("Board") respectfully requests that this Court extend by 30 days the time to file a notice of appeal in this case. In support of this motion, the Board states the following:

1. This Court's Amended Judgment was entered on the docket on September 9, 2005.

2. Pursuant to pursuant to F.R.A.P. 4(a)(1), the Board must file its notice of appeal "within 30 days after the judgment or order appealed from is entered." As such the Board's notice of appeal (if any) is currently due on October 11, 2005. See F.R.A.P. 26(a).

3. The Board has requested that non-appearing appellate counsel review the file and provide advice to the Board as it decides whether to appeal the judgment.

4. Additional time to complete this review would be beneficial to the Board and to appellate counsel.

5. F.R.A.P. 4(a)(5)(A) provides that this Court "may extend the time to file a notice of appeal if: (i) a party so moves no later than 30 days after the time prescribed by this Rule 4(a) expires . . . ." The Board's motion is timely under this rule.

6. In addition, F.R.A.P. 4(a)(5)(C) provides that this Court may extend the time to appeal by up to 30 days or, alternatively, up to 10 days after the date on which the order granting the motion is entered, whichever is later. Here, the Board requests an extension of 30 days or until November 8, 2005, to file its appeal (if any).

7. Finally, the Board respectfully requests that this Court act on this motion at its earliest convenience, based on the impending October 11, 2005 deadline currently in place.

        THE DEFENDANT,
        NEW HAVEN BOARD OF EDUCATION

_____
        Audrey C. Kramer
        Assistant Corporation Counsel
        Office of the Corporation Counsel
        165 Church Street
        New Haven, Connecticut  06510
        Telephone No. 946-7968
        Federal Bar No. CT14520
        E-MAIL – Akramer@Newhavenct.net

**CERTIFICATION**

  **THIS IS TO CERTIFY** that a copy of the foregoing Motion for Extension of Time to File Appeal was mailed postage prepaid on October 3, 2005, to the following counsel of record and/or pro se parties:

John R. Williams, Esquire
51 Elm Street, Suite 409
New Haven, Connecticut  06510

               _____
                 Audrey C. Kramer