UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| D. CLARK HOWELL, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. |
| | ) 3:02CV736 (JBA) |
| v. | ) |
| | ) |
| NEW HAVEN BOARD OF EDUCATION, | ) |
| | ) |
| Defendant. | ) October 11, 2005 |

## APPEARANCE

Please enter my appearance as counsel for Defendant New Haven Board of Education in the above-entitled action.

Dated at Hartford, Connecticut this 11th day of October, 2005.

THE DEFENDANT
NEW HAVEN BOARD OF EDUCATION
BY MCCARTER & ENGLISH
ITS ATTORNEYS

By_____
Charles D. Ray (CT 13211)
CityPlace I - 185 Asylum Street
Hartford, Connecticut 06103
(860) 275-6700 - Telephone
(860) 724-3397 - Fax
cray@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Appearance has been sent by certified mail, return receipt requested, postage prepaid, this __11th__ day of October, 2005 to:

John R. Williams, Esq.
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT  06510

_____
Charles D. Ray

ME1\5287216.1