UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| D. CLARK HOWELL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:02cv736 (JBA) |
| ) | |
| NEW HAVEN BOARD OF EDUCATION, ) | |
| ) | |
| Defendant. ) | October 11, 2005 |

## NOTICE OF APPEAL

Notice is hereby given that the New Haven Board of Education, defendant in the above named case, hereby appeals to the United States Court of Appeals for the Second Circuit from the December 7, 2004 verdict in favor of the plaintiff; the judgment entered by the Court on December 8, 2004; the order entered on September 9, 2005, granting the plaintiff's motion for attorney fees; the order entered on September 9, 2005, denying the defendant's motion for judgment as a matter of law, remittitur or, in the alternative, motion for a new trial; the amended judgment entered by the Court on September 9, 2005; and the final judgment of the Court.

THE DEFENDANT
NEW HAVEN BOARD OF EDUCATION

By _____
Charles D. Ray (CT 13211)
Robert J. Gallo (CT 19982)
McCarter & English, LLP
CityPlace I
Hartford, CT 06103
860-275-6700
860-724-3397 (facsimile)
cray@mccarter.com
rgallo@mccarter.com

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing Notice of Appeal has been sent by certified mail, return receipt requested, postage prepaid, this 11th day of October, 2005, to:

John R. Williams
John R. Williams and Associates, LLC
51 Elm Street
New Haven, CT  06510

Charles D. Ray

ME1\5287261.1