UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| D. CLARK HOWELL, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | District Court No. 3:02 CV-736 (JBA) |
| v. | ) | |
| | ) | Appeal No. 05-5451-cv |
| | ) | |
| NEW HAVEN BOARD OF EDUCATION, | ) | |
| | ) | |
| Defendant-Appellant. | ) | January 13, 2006 |

## INDEX TO RECORD ON APPEAL

| Document No. | Docket Entry |
|---|---|
| A | Certified copy of Docket Sheet |
| 1 | Notice of Removal by Board of Education (Doc. #1), filed 4/25/02 |
| 2 | Complaint |
| 3 | Motion by Board of Education for Security for Costs (Doc. #5), filed 4/25/02 |
| 4 | Order Granting Motion for Security for Costs (Doc. #6), filed 4/25/02 |
| 5 | Answer and Affirmative Defenses to Complaint by Board of Education (Doc. #7), filed 5/20/02 |
| 6 | Motion by D. Clark Howell for Protective Order (Doc. #20), filed 3/28/03 |
| 7 | Objection to Motion for Protective Order by Board of Education (Doc. #21), filed 4/2/03 |
| 8 | Endorsement Granting Motion for Protective Order, filed 4/30/03 |

| | |
|---|---|
| 9 | Motion for Summary Judgment by Board of Education (Doc. #30), filed 6/12/03 |
| 10 | Memorandum by Board of Education in Support of Motion for Summary Judgment (Doc. #31), filed 6/12/03 |
| 11 | Objections by D. Clark Howell to Motion for Summary Judgment (Doc. #33), filed 6/30/03 |
| 12 | Motion by D. Clark Howell to Strike Rule 9(c)(1) Statement (Doc. #34), filed 7/7/03 |
| 13 | Motion by Board of Education to Supplement Motion for Summary Judgment (Doc. #35), filed 7/10/03 |
| 14 | Order Denying Motion to Strike Rule 9(c)(1) Statement, Granting Motion to Supplement Motion for Summary Judgment (Doc. #36), filed 7/25/03 |
| 15 | Statement of Material Facts by D. Clark Howell Regarding Motion for Summary Judgment (Doc. #37), filed 8/11/03 |
| 16 | Memorandum by D. Clark Howell in Opposition to Motion for Summary Judgment (Doc. #38), filed 8/11/03 |
| 17 | Ruling Granting in Part and Denying in Part Motion for Summary Judgment (Doc. #39), filed 3/15/04 |
| 18 | Joint Trial Brief by Board of Education and D. Clark Howell (Doc. #46), filed 6/14/04 |
| 19 | Objection to Plaintiff's Witnesses by Board of Education (Doc. #48), filed 10/27/04 |
| 20 | Objections to Plaintiff's Exhibits by Board of Education (Doc. #49), filed 10/27/04 |
| 21 | Motion in Limine by Board of Education (Doc. #52), filed 11/3/04 |

| | |
|---|---|
| 22 | Memorandum in Support of Motion in Limine by Board of Education (Doc. #53), filed 11/3/04 |
| 23 | Withdrawal of Rehabilitation Act Claim by D. Clark Howell (Doc. #55), filed 11/8/04 |
| 24 | Revised Witness List by D. Clark Howell (Doc. #56), filed 11/12/2004 |
| 25 | Objection to Witness List by Board of Education (Doc. #57), filed 11/17/04 |
| 26 | Motion for Protective Order by D. Clark Howell (Doc. #63), filed 11/26/04 |
| 27 | Objection to Motion for Protective Order by Board of Education (Doc. #64), filed 11/26/04 |
| 28 | Endorsement Granting Motion in Limine (Doc. #60), filed 11/30/04 |
| 29 | Oral Motion by Board of Education for Judgment as a Matter of Law, filed 11/30/04 |
| 30 | Marked Exhibit List by D. Clark Howell (Doc. #68), filed 12/2/04 |
| 31 | Marked Witness List by D. Clark Howell (Doc. #69), filed 12/2/04 |
| 32 | Marked Exhibit and Witness List by Board of Education (Doc. #70), filed 12/2/04 |
| 33 | Court Jury Instructions (Doc. #67), filed 12/6/04 |
| 34 | Court Marked Exhibit List (Doc. #71), filed 12/7/04 |
| 35 | Judgment in Favor of Plaintiff Against Defendant (Doc. #73), filed 12/7/04 |

| | |
|---|---|
| 36 | Motion for Attorney Fees by D. Clark Howell, (Doc. #74), filed 12/13/04 |
| 37 | Motion for Judgment as a Matter of Law, Remittitur or, in the Alternative Motion for New Trial by Board of Education (Doc. #76), filed 12/16/04 |
| 38 | Memorandum in Support for Judgment as a Matter of Law, Remittitur or, in the Alternative Motion for New Trial by Board of Education (Doc. #77), filed 12/16/04 |
| 39 | Response to Motion for Attorney Fees by Board of Education (Doc. #82), filed 1/3/05 |
| 40 | Reply Brief to Opposition to Motion for Attorney Fees by D. Clark Howell (Doc. #83), filed 1/10/05 |
| 41 | Supplemented Memorandum in Support of Motion for Judgment as a Matter of Law, Remittitur or, in the Alternative Motion for New Trial by Board of Education (Doc. #91), filed 2/18/05 |
| 42 | Brief in Opposition to Motion for Judgment as a Matter of Law, Remittitur or, in the Alternative Motion for New Trial by D. Clark Howell (Doc. #94), filed 3/28/05 |
| 43 | Ruling Granting Motion for Attorney Fees, Denying Motion for Judgment as a Matter of Law, Remittitur or, in the Alternative Motion for New Trial (Doc. #100), filed 9/8/05 |
| 44 | Amended Judgment in the Amount of $316,177.95 for Plaintiff (Doc. #101), filed 9/9/05 |
| 45 | Notice of Appeal (Doc. #105), filed 10/11/05 |

| | |
|---|---|
| 46 | Trial transcript from November 29, 30, and December 2, 6, and 7, 2004 before the Honorable Janet Bond Arterton |

Respectfully Submitted,

*/s/ Robert Gallo*
───────────────────────
Charles D. Ray (CT 13211)
Robert J. Gallo (CT 19982)
MCCARTER & ENGLISH LLP
CityPlace I – 185 Asylum Street
Hartford, CT 06103
(860) 275-6700

Attorneys for Defendant-Appellant

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2006 a true and correct copy of the foregoing INDEX TO RECORD ON APPEAL has been served via first class, U.S. mail, postage prepaid, on the following:

John R. Williams
51 Elm Street
Suite 409
New Haven, CT 06510

Audrey Kramer
Office of Corporation Counsel
City of New Haven
165 Church Street
New Haven, CT 06510

*Robert Gallo*
_____
Robert J. Gallo (CT 19982)

ME1\5431778.1