UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| D. CLARK HOWELL | : |
| VS. | : NO. 3:02CV736(JBA) |
| NEW HAVEN BOARD OF EDUCATION | : |

**SATISFACTION OF JUDGMENT**

The Judgment in this matter has been satisfied.

THE PLAINTIFF

BY:_____
      JOHN R. WILLIAMS (ct00215)
      51 Elm Street
      New Haven, CT 06510
      (203) 562-9931
      FAX: (203) 776-9494
      E-Mail: jrw@johnrwilliams.com
      His Attorney

CERTIFICATION OF SERVICE

A copy hereof has been served upon defense counsel of record, Charles D. Ray, Esq. [cray@mccarter.com] and Robert J. Gallo, Esq. [rgallo@mccarter.com], McCarter & English, LLP, 185 Asylum Street, Hartford, CT 06103-3495.

_____
JOHN R. WILLIAMS