**MANDATE**

Dist. Conn/New Haven
02-cv-736
Arterton
Margolis

UNITED STATES COURT OF APPEALS

FOR THE SECOND CIRCUIT

FILED APR - 6 2006
Roseann B. MacKechnie, Clerk
SECOND CIRCUIT

D. CLARK HOWELL     :

VS.                 :     DOCKET NO. 05-5451-cv

NEW HAVEN BOARD OF EDUCATION :

### STIPULATION TO DISMISS APPEAL

The parties stipulate that the captioned appeal may be dismissed without costs to either party.

| THE PLAINTIFF-APPELLEE | THE DEFENDANT-APPELLANT |
|---|---|
| BY: *[signature]* | BY: *[signature]* |
| JOHN R. WILLIAMS (ct00215) | CHARLES D. RAY |
| 51 Elm Street | 185 Asylum Street |
| New Haven, CT 06510 | Hartford, CT 06103 |
| (203) 562-9931 | (860) 275-6774 |
| jrw@johnrwilliams.com | cray@mccarter.com |

So Ordered
FOR THE COURT
Roseann B. MacKechnie, Clerk of Court
By *[signature]*
Lisa J. Greenberg, Staff Counsel

A TRUE COPY
Roseann B. MacKechnie, CLERK
*[signature]*
DEPUTY CLERK

CERTIFIED: 4/6/06.