**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL NO 773-2140
(AREA CODE 203)

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LORI INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

August 17, 2006

Audrey Claire Kramer
Office Of Corporation Counsel
City Of New Haven
165 Church St.
New Haven, CT 06510

Re: Case Name: Howell vs New Haven Bd. Of Education
    Number: 3:02CV736 JBA

Dear Attorney:

As the above matter has been disposed of in this court:

Enclosed is the following exhibit:

DEFENDANT'S EXHIBIT (O)

Please acknowledge receipt of the exhibits on the copy of this letter and return it to the Clerk's Office in the envelope provided.

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
BETTY J. TORDAY
Deputy Clerk

ACKNOWLEDGMENT: _____   DATE: _____