**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
141 CHURCH STREET
NEW HAVEN, CT 06510

KEVIN F. ROWE
CLERK

TEL. NO. 773-2140
(AREA CODE 203)

GLORIA C. MINOR
CHIEF DEPUTY CLERK

L. INFERRERA
DEPUTY-IN-CHARGE
NEW HAVEN

August 17, 2006

John R. Williams
51 Elm St., Ste. 409
New Haven, CT 06510

Re: Case Name: HOWELL vs NEW HAVEN BD OF EDUCATION
    Number: 3:02cv726 JBA

Dear Attorney:

As the above matter has been disposed of in this court:

The plaintiff's exhibits are too bulky to send through the mail.

Please call the undersigned, between the hours of 9:00 A.M. and 4:00 P.M. to arrange for these exhibits to be picked up. Please call 203-773-2706 to make arrangements for your exhibits to be picked up by Friday August 25, 2006.

If they are not picked up by AUGUST 25, 2006, they will be destroyed pursuant to Local Rule 83.6(e).

Thank you for your cooperation.

Sincerely,

Kevin F. Rowe, Clerk

BY _____
BETTY J. TORDAY
Deputy Clerk

ACKNOWLEDGMENT: _____    DATE: 9/20/6